

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

ENTERED
06/02/2014

| | | |
|---|---|---|
| In re:<br><br>BUCCANEER RESOURCES, LLC,<br><br>          Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60041 (DRJ) |
| In re:<br><br>BUCCANEER ENERGY LIMITED,<br><br>          Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60042 (DRJ) |
| In re:<br><br>BUCCANEER ENERGY HOLDINGS, INC.,<br><br>          Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60043 (DRJ) |
| In re:<br><br>BUCCANEER ALASKA OPERATIONS, LLC,<br><br>          Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60044 (DRJ) |
| In re:<br><br>BUCCANEER ALASKA, LLC,<br><br>         Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60045 (DRJ) |
| In re:<br><br>KENAI LAND VENTURES, LLC,<br><br>         Debtor. | § § § § § § § § § | Chapter 11<br><br>Case No. 14-60046 (DRJ) |

| | |
|---|---|
| In re:<br><br>BUCCANEER ALASKA DRILLING, LLC,<br><br>　　　　　Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60047 (DRJ) |
| In re:<br><br>BUCCANEER ROYALTIES, LLC,<br><br>　　　　　Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60048 (DRJ) |
| In re:<br><br>KENAI DRILLING, LLC,<br><br>　　　　　Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 14-60049 (DRJ) |

**ORDER FOR JOINT ADMINISTRATION OF CASES**
(Docket No. 2)

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above-referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__     One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. __X__     To the extent applicable, Case Nos. 14-60041 through 14-60049 shall be transferred to Judge David R. Jones, who has the lower numbered case.

3. __X__     Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. __X__     Other: See below.

It is further

ORDERED that the Motion is GRANTED; and it is further

ORDERED that capitalized terms not defined herein shall have the meaning given to them in the Motion; and it is further

53581599.5                                           -2-

ORDERED that the above captioned cases are consolidated for procedural purposes only and shall be jointly administered under the case number assigned to Buccaneer Resources, LLC, Case No. 14-60041; and it is further

ORDERED that the caption of the cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUCCANEER RESOURCES, LLC, *et al.*,[1] | § | Case No. 14-60041 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |

And it is further

ORDERED that all original pleadings shall be captioned as provided in the preceding paragraph, and all original docket entries shall be made in the case of Buccaneer Resources, LLC; and it is further

ORDERED that and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> An order has been entered in this case directing joint administration of this case solely for procedural purposes with the chapter 11 bankruptcy case of Buccaneer Resources, LLC, Case No. 14-60041 (DRJ). The docket for Buccaneer Resources, LLC should be consulted for all matters affecting this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Ltd. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

ORDERED that The Office of the United States Trustee shall conduct joint informal meetings with Debtors, if one is required, and a joint first meeting of creditors, if one is required; and it is further

ORDERED that each of the Debtors shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs and, as applicable, Lists of Equity Security Holders; and it is further

ORDERED that proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed; and it is further

ORDERED that separate claims registers shall be maintained for each Debtor; and it is further

ORDERED that the Debtors shall be authorized to file the monthly operating reports required by the United States Trustee on a consolidated basis in a format acceptable to the United States Trustee; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

**Signed:  June 02, 2014.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**