IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUCCANEER RESOURCES, LLC, *et al.*,[1] | § § § | Case No. 14-60041 (DRJ) |
| Debtors. | § § § | Jointly Administered |

### AMENDED LIST OF CONSOLIDATED 30 LARGEST UNSECURED CREDITORS

      The following is an amended consolidated list of creditors holding the thirty (30) largest unsecured claims against the above-captioned debtor and affiliated debtors and debtors-in-possession (collectively, the "Debtors"). The list has been prepared from the unaudited books and records of the Debtors, and reflects amounts from such records as of May 31, 2014. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) "insiders" as defined in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency portion of the creditor's claim places the creditor among the holders of the 30 largest unsecured claims. The information provided in this list shall not be binding upon any of the Debtors, and shall not constitute any Debtors' admission of liability. Each of the claims listed herein is subject to additional and customary offsets, rebates, discounts, reconciliations, or credits, as appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Ltd. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

## AMENDED CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

| ITEM | NAME, TELEPHONE & FAX NUMBER & COMPLETE MAILING ADDRESS INCLUDING ZIP CODE OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| 1 | KENAI OFFSHORE VENTURES<br>15 HOE CHIANG ROAD, #12-05 TOWER FIFTEEN<br>SINGAPORE  089316<br>CONTACT: LORRINE WEE<br>PHONE: +65 6309 0555<br>FAX: +65 6222 7848 | CONTRACT | | $ 18,513,184 |
| 2 | ARCHER DRILLING, LLC<br>10613 W. SAM HOUSTON PARKWAY N., SUITE 600<br>HOUSTON, TX  77064<br>CONTACT: RONNEY COLEMAN<br>PHONE: (713) 856-4222<br>FAX: N/A | PENDING LAWSUIT | CONTINGENT;<br>UNLIQUIDATED;<br>DISPUTED;<br>SUBJECT TO SETOFF / COUNTERCLAIMS | $ 6,000,000 |
| 3 | CHRYSTAL CAPITAL PARTNERS LLP<br>48 BERKELEY SQUARE<br>LONDON, UK  W1J 5AY<br>CONTACT: KINGSLEY WILSON<br>PHONE: +44 (0)207 850 4760<br>FAX: +44 (0)796 111 2703 | PENDING LAWSUIT | CONTINGENT;<br>UNLIQUIDATED;<br>DISPUTED;<br>SUBJECT TO SETOFF / COUNTERCLAIMS | $ 2,660,000 |
| 4 | TERAS OILFIELD SUPPORT LIMITED<br>15 HOE CHIANG ROAD, #12-05 TOWER FIFTEEN<br>SINGAPORE  089316<br>CONTACT: LORRINE WEE<br>PHONE: +65 6309 0555<br>FAX: +65 6222 7848 | CONTRACT | | $ 1,466,320 |
| 5 | SCOTT P. BERNSTEIN<br>3333 ALLEN PARKWAY, APT 1109<br>HOUSTON, TX  77019<br>CONTACT: SCOTT P. BERNSTEIN<br>PHONE: (281) 516-3137<br>FAX: (281) 516-3139 | PENDING LAWSUIT | CONTINGENT;<br>UNLIQUIDATED;<br>DISPUTED;<br>SUBJECT TO SETOFF / COUNTERCLAIMS | UNKNOWN |

| | | | | |
|---|---|---|---|---|
| 6 | FRANK'S CASING CREW AND RENTAL TOOLS, INC.<br>P.O. BOX 51729<br>LAFAYETTE, LA  70505<br>CONTACT: BRIAN BAIRD<br>PHONE: (281) 966-7300<br>FAX: (281) 558-0948 | TRADE PAYABLE | | $ 1,174,889 |
| 7 | OCEAN MARINE SERVICES<br>12019 76TH PLACE N.E.<br>KIRKLAND, WA  98034<br>CONTACT: DANIEL ROSETA<br>PHONE: (425) 828-6434<br>FAX: (425) 827-2105 | TRADE PAYABLE | | $ 608,414 |
| 8 | ALL AMERICAN OILFIELD ASSOCIATES, LLC<br>14896 KENAI SPUR HIGHWAY, SUITE 203<br>KENAI, AK  99611<br>CONTACT: PETE DICKINSON<br>PHONE: (907) 283-1048<br>FAX: (907) 283-1051 | TRADE PAYABLE | | $ 606,311 |
| 9 | STATE OF ALASKA (DEPARTMENT OF REVENUE)<br>P.O. BOX 110420<br>JUNEAU, AK  99811<br>CONTACT: ANGELA RODELL<br>PHONE: (907) 465-2300<br>FAX: (907) 465-2389 | GOVERNMENT | | $ 605,116 |
| 10 | CROWELL & MORING, LLP<br>1001 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC  20004<br>CONTACT: KYLE PARKER<br>PHONE: (202) 624-2500<br>FAX: (202) 628-5116 | PROFESSIONAL SERVICES | | $ 339,976 |
| 11 | AIMM TECHNOLOGIES, INC.<br>801 TEXAS 146<br>TEXAS CITY, TX  77590<br>CONTACT: BROOKS BRADFORD<br>PHONE: (409) 945-5414<br>FAX: (409) 945-6022 | TRADE PAYABLE | | $ 276,736 |

40678698.2

| | | | | |
|---|---|---|---|---|
| 12 | PACIFIC PILE & MARINE, L.P.<br>700 S. RIVERSIDE DRIVE<br>SEATTLE, WA  98108<br>CONTACT: WIL CLARK<br>PHONE: (206) 331-3873<br>FAX: (206) 774-5958 | TRADE PAYABLE | | $    195,000 |
| 13 | PORT GRAHAM CORPORATION<br>629 L STREET, SUITE 205<br>ANCHORAGE, AK  99501<br>CONTACT: LLOYD STIASSNY<br>PHONE: (907) 272-7432<br>FAX: (907) 278-7679 | TRADE PAYABLE | | $    187,243 |
| 14 | MAGTEC ALASKA, LLC<br>43385 KENAI SPUR HIGHWAY<br>KENAI, AK  99611<br>CONTACT: RYAN PETERKIN<br>PHONE: (907) 335-6305<br>FAX: (907) 335-6313 | TRADE PAYABLE | | $    188,855 |
| 15 | WEATHERFORD US LP<br>P.O. BOX 301003<br>DALLAS, TX  75303<br>CONTACT: KEVIN WALKER<br>PHONE: (907) 561-1632<br>FAX: (907) 345-7513 | TRADE PAYABLE | | $    163,327 |
| 16 | PETROLEUM ENGINEERS, INC.<br>P.O. BOX 4869, DEPT. 418<br>HOUSTON, TX  77210<br>CONTACT: BRADLEY RASCH<br>PHONE: (337) 984-2603<br>FAX: (337) 406-5792 | TRADE PAYABLE | | $    138,773 |
| 17 | CANRIG DRILLING TECHNOLOGY LTD.<br>8223 WILLOW PLACE DRIVE SOUTH<br>HOUSTON, TX  77070<br>CONTACT: CHRISTOPHER PAPOURAS<br>PHONE: (281) 774-5600<br>FAX: (281) 774-5650 | TRADE PAYABLE | | $    106,264 |

| | | | | |
|---|---|---|---|---|
| 18 | GENERAL COMMUNICATION, INC.<br>2550 DENALI STREET, SUITE 1000<br>ANCHORAGE, AK  99503<br>CONTACT: TINA PIDGEON<br>PHONE: (907) 868-5409<br>FAX: (907) 868-5676 | UTILITIES | | $  100,336 |
| 19 | MAYFLOWER REMOTE SERVICES, LLC<br>52765 STRAWBERRY AVENUE<br>KENAI, AK  99611<br>CONTACT: EDGAR N. DUERO<br>PHONE: (907) 240-3187<br>FAX: N/A | TRADE PAYABLE | | $  96,800 |
| 20 | XTO ENERGY, INC.<br>P.O. BOX 730587<br>DALLAS, TX  75373<br>CONTACT: KEITH HUTTON<br>PHONE: (866) 886-2613<br>FAX: (817) 885-1867 | TRADE PAYABLE | | $  89,372 |
| 21 | AIR LIQUIDE AMERICA LP<br>6415 ARCTIC BLVD.<br>ANCHORAGE, AK  99518<br>CONTACT: MICHAEL J. GRAFF<br>PHONE: (907) 562-2080<br>FAX: (907) 564-9752 | TRADE PAYABLE | | $  85,572 |
| 22 | PETROLEUM EQUIPMENT & SERVICES, INC.<br>5631 SILVERADO WAY UNIT #G<br>ANCHORAGE, AK  99518<br>CONTACT: DON POWELL<br>PHONE: (907) 248-0066<br>FAX: (907) 248-4429 | TRADE PAYABLE | | $  70,379 |
| 23 | LCG DISCOVERY EXPERTS<br>11767 KATY FWY #515<br>HOUSTON, TX  77079<br>CONTACT: KEN TISDEL<br>PHONE: (832) 251-6600<br>FAX: (832) 251-6601 | PROFESSIONAL SERVICES | | $  57,967 |

| | | | | | |
|---|---|---|---|---|---|
| 24 | OWL RIDGE NATURAL RESOURCE CONSULTANTS INC<br>1601 EAST 84TH AVENUE, SUITE 204<br>ANCHORAGE, AK  99507<br>CONTACT: GLENN RUCKHAUS<br>PHONE: (907) 344-3448<br>FAX: N/A | TRADE PAYABLE | | $ | 56,271 |
| 25 | NORTH STAR TERMINAL & STEVEDORE CO LLC<br>790 OCEAN DOCK ROAD<br>ANCHORAGE, AK  99501<br>CONTACT: JEFF BENTZ<br>PHONE: (907) 272-7537<br>FAX: (907) 272-8927 | TRADE PAYABLE | | $ | 56,207 |
| 26 | JMR WORLDWIDE<br>1325 AVENUE OF THE AMERICAS, 28TH FLOOR<br>NEW YORK, NY  10019<br>CONTACT: JAY MORAKIS<br>PHONE: (212) 786-6037<br>FAX: (888) 669-0081 | TRADE PAYABLE | | $ | 52,500 |
| 27 | SEISMIC EXCHANGE, INC.<br>4805 WESTWAY PARK BOULEVARD<br>HOUSTON, TX  77041<br>CONTACT: SHARON DAVIS<br>PHONE: (832) 590-5229<br>FAX: 832.590.5290 | TRADE PAYABLE | | $ | 51,317 |
| 28 | MARKET EYE PTY LTD<br>LEVEL 2, 181 BAY STREET<br>BRIGHTON, VIC  3186, AUSTRALIA<br>CONTACT: RONN BECHLER<br>PHONE:  (+61-3) 9591 8900<br>FAX:  (+61-3) 9591 8999 | TRADE PAYABLE | | $ | 47,907 |
| 29 | NATIONAL OILWELL VARCO TUBOSCOPE<br>2835 HOLMES ROAD P.O. BOX 808<br>HOUSTON, TX  77051<br>CONTACT: AIMEE RASMUSSEN<br>PHONE: (713) 799-4913<br>FAX: (713) 799-5212 | TRADE PAYABLE | | $ | 47,218 |

40678698.2

| | | | | |
|---|---|---|---|---|
| 30 | AIRPORT EQUIPMENT RENTAL<br>P.O. BOX 72578<br>FAIRBANKS, AK  99707<br>CONTACT: JERRY SADLER<br>PHONE: (907) 456-2000<br>FAX: (907) 456-2066 | TRADE PAYABLE | | $ 46,560 |

40678698.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUCCANEER RESOURCES, LLC, *et al.*,[2] | § § | Case No. 14-60041 (DRJ) |
| Debtors. | § § § | Joint Administration Pending |

**DECLARATION CONCERNING THE AMENDED LIST OF CONSOLIDATED
30 LARGEST UNSECURED CREDITORS**

I, John T. Young, Jr., Chief Restructuring Officer of the Debtors, declare under penalty of perjury that I have read the foregoing "Amended List of Consolidated 30 Largest Unsecured Creditors" and that it is true and correct to the best of my knowledge, information and belief.

Date: June 2, 2014.

**BUCCANEER RESOURCES, LLC,** *et al.*

By: /s/ *John T. Young, Jr.*_____
Name: John T. Young, Jr.
Title: Chief Restructuring Officer

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Ltd. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

Dated: June 2, 2014.                    Respectfully submitted,

**FULBRIGHT & JAWORSKI LLP**

By: */s/ William R. Greendyke*
William R. Greendyke
State Bar No. 08390450
Jason L. Boland
State Bar No. 24040542
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

40678698.2