**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| BUCCANEER RESOURCES, L.L.C., *et al*, | § | 14-60041 |
| | § | (Chapter 11) |
| | § | (Jointly Administered) |
| DEBTORS | § | |

**AMENDED NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Kenai Offshore Ventures, L.L.C.<br>    Attn: Joel M. Walker, Attorney in Fact<br>    Charles E. Harrell, Attorney in Fact<br>    Michael E. Clark, Attorney in Fact<br>    15 Hoe Chiang Road #12-05 Tower Fifteen<br>    Singapore 089316<br>    Tel. 65 6309 0555<br>    Fax 65 6222 7848<br>    E-Mail:  jmwalker@duanemorris.com<br>    ceharrell@duanemorris.com<br>    meclark@duanemorris.com | Duane Morris L.L.C.<br>Attn:  Joel M. Walker, Esq.<br>Charles E. Harrell, Esq.<br>Michael E. Clark, Esq.<br>1300 Post Oak Blvd., Suite 800<br>Houston, TX  77056<br>Tel. 713-402-3900<br>E-Mail:  jmwalker@duanemorris.com<br>ceharrell@duanemorris.com<br>meclark@duanemorris.com |

| | |
|---|---|
| 2. Archer Drilling, L.L.C.<br>   Attn: Tonya Jacobs<br>   10613 W. Sam Houston Pkwy. N., Ste. 600<br>   Houston, TX  77064<br>   Tel. 713-856-4222<br>   E-Mail: tonya.jacobs@archerwell.com | Andrews Kurth L.L.P.<br>Attn:  Timothy A. Davidson, II, Esq.<br>600 Travis, Suite 4200<br>Houston, TX  77002<br>Tel. 713-220-3810<br>Fax 713-238-7102<br>E-Mail:  taddavidson@andrewskurth.com |
| 3. Teras Oilfield Support Limited<br>    Attn: Joel M. Walker, Attorney in Fact<br>    Charles E. Harrell, Attorney in Fact<br>    Michael E. Clark, Attorney in Fact<br>    15 Hoe Chiang Road #12-05 Tower Fifteen<br>    Singapore 089316<br>    Tel. 65 6309 0555<br>    Fax 65 6222 7848<br>    E-Mail:  jmwalker@duanemorris.com<br>    ceharrell@duanemorris.com<br>    meclark@duanemorris.com | Duane Morris L.L.C.<br>Attn:  Joel M. Walker, Esq.<br>Charles E. Harrell, Esq.<br>Michael E. Clark, Esq.<br>1300 Post Oak Blvd., Suite 800<br>Houston, TX  77056<br>Tel. 713-402-3900<br>E-Mail:  jmwalker@duanemorris.com<br>ceharrell@duanemorris.com<br>meclark@duanemorris.com |
| 4. Frank's International, L.L.C.,<br>   Successor in Interest by Merger from<br>   Frank's Casing Crew & Rental Tools, Inc.<br>   Attn:  Brian D. Baird<br>   10260 Westheimer, Suite 700<br>   Houston, TX  77057<br>   Tel. 281-966-7300<br>   Fax 281-558-2980<br>   E-Mail:  brian.baird@franksintl.com | |
| 5.  AIMM Techologies, Inc.<br>    Attn:  Brooks Bradford or Heather Wallace<br>    801 Texas 146<br>    Texas City, TX  77590<br>    Tel. 409-945-5414<br>    Fax 409-945-6022<br>    E-Mail:  brooks@aimmtechnologies.com | Locke Lord L.L.P.<br>Attn:  Philip Eisenberg, Esq.<br>W. Steven Bryant, Esq.<br>600 Travis St., Suite 2800<br>Houston, TX  77002<br>Tel. 713-226-1304<br>Fax 713-229-2536<br>E-Mail:  peisenberg@lockelord.com<br>sbryant@lockelord.com |

Date: June 10, 2014                                    Respectfully Submitted,

                                                 JUDY A. ROBBINS
                                               UNITED STATES TRUSTEE

By:   /s/ Hector Duran
       Hector Duran
       Texas Bar No. 00783996/Fed. ID No. 15243
       515 Rusk, Suite 3516
       Houston, Texas  77002
       Telephone:  (713) 718-4650 x 241
       Fax:  (713) 718-4670
       E-Mail: hector.duran.jr@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 10th day of June, 2014.  Epiq Bankruptcy Solutions as claims/noticing agent will file a certificate of service that includes the names and addresses of those served.

/s/ Hector Duran
Hector Duran