IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUCCANEER RESOURCES, LLC, *et al.*,[1] | ) | Case No. 14-60041 (DRJ) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR A STATUS CONFERENCE PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE REGARDING SCHEDULING MATTERS**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-FOUR DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED**.

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN TWENTY-FOUR DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**MOVANT REQUESTS THAT A HEARING ON THIS MOTION BE SET AT THE COURT'S EARLIEST CONVENIENCE GIVEN THE COMPRESSED TIME FRAME FOR THESE CASES AND FOR THE REASONS SET FORTH HEREIN.**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned chapter 11 cases (the "<u>Cases</u>") of Buccaneer Resources, LLC and its affiliated

---

[1] The Debtors in these chapter 11 cases are: (i) Buccaneer Energy Ltd.; (ii) Buccaneer Energy Holdings, Inc.; (iii) Buccaneer Alaska Operations, LLC; (iv) Buccaneer Resources, LLC; (v) Buccaneer Alaska, LLC; (vi) Kenai Land Ventures, LLC; (vii) Buccaneer Alaska Drilling, LLC: (viii) Buccaneer Royalties, LLC; and (ix) Kenai Drilling, LLC.

1

debtors and debtors in possession (collectively, the "Debtors") files this Emergency Motion for Status Conference Pursuant to Section 105 of the Bankruptcy Code Regarding Scheduling Matters (the "Motion"). In support of this Motion, the Committee respectfully moves as follows:

A.     **Relief Requested and Basis Therefor**

By this Motion, the Committee seeks, on an emergency basis, a status conference pursuant to section 105(d) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") to discuss discovery and the rescheduling of the hearing on the (I) *Debtors' Emergency Motion for Entry of an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially All of the Debtors' Assets; (B) Scheduling an Auction; and (C) Granting Related Relief* [Docket No. 150] (the "Bid Procedures Motion") and (II) *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection to Prepetition Lender and (B) Scheduling a Final Hearing* (the "Cash Collateral Motion," and together with the Bid Procedures Motion, the "Motions").

Section 105(d)(1) of the Bankruptcy Code provides, in pertinent part:

> (d) The court, on its own motion or on the request of a party in interest—
> (1) shall hold such status conferences as are necessary to further the expeditious and economical resolution of the case . . .

11 U.S.C. § 105(d)(1). For the reasons set forth herein, the Committee respectfully requests that the Court schedule a status conference on an emergency basis at the Court's earliest convenience.

B.     **Rescheduling of Hearing on Motions**

At the hearing held on July 8, 2014, the Court discussed scheduling of the Motions with all parties in the Cases. The Court suggested that the Motions be heard on August 6, 2014, which was acceptable to all parties except AIX Energy, LLC ("AIX"), the Debtors' purported

2

secured lender.  Counsel for AIX represented to the Court that its client representative was unavailable on August 6, 2014 for hearings and that any hearings on the Motions would have to be held on an earlier date.  Counsel did not disclose that the AIX representative would be unavailable due to a personal vacation to California.  Following the July 8, 2014 hearing, the deposition of AIX's representative went forward.  Upon questioning the AIX representative at this deposition, he testified that he would rearrange his schedule if necessary to accommodate an August 6, 2014 hearing.

The Committee's willingness to consider the earlier hearing date, (*i.e.*, July 28, 2014) suggested by AIX's counsel was based, in part, on the following:  (i) AIX would voluntarily comply with the Committee's discovery requests, (ii) that there would be sufficient time to complete discovery, including obtaining necessary documents and testimony from Meridian (as defined below), (iii) there would be sufficient time to complete extensive discovery from the Debtors and other third parties, and (iv) that was the only time the AIX representative would be available, which turned out to be incorrect.  As discussed below, the sheer volume and status of responses to outstanding discovery requests, and the failure of necessary and indispensable parties to voluntarily cooperate, necessitates rescheduling of the hearings on the Motions for a later date, presumably on August 6, 2014 or thereafter.

C.    **Discovery Issues**

**Meridian**

The Committee requires discovery form Meridian, including document production and depositions of Meridian Capital International Fund and Meridian Capital CIS Fund (collectively, "Meridian").  Meridian is a large equity owner of the Debtors.  It appears that Meridian is also the real party in interest with respect to the senior secured facility.  The Committee was told to

reach out to Paul Marchand, in house counsel for Meridian in Hong Kong. Mr. Marchand stated that he was not interested in voluntarily complying with the Committee's discovery requests unless so ordered by the Court.

**AIX**

AIX has not completely complied with the Committee's discovery requests:

(a) AIX has not produced all of the documents and has withheld material documents based on unilateral and meritless assertions. Additionally, certain documents have been redacted without explanation.

(b) AIX unilaterally and prematurely limited the deposition of an individual as well as AIX's 30(b)(6) corporate representative to seven (7) hours. The Committee will need to reconvene the depositions once all the documents are received from AIX. AIX's corporate representative testified that he would make himself available as needed.

(c) AIX has not produced all responsive documents requested by the Committee.

(d) AIX should not require that the Motions be heard on an expedited basis without fully complying with discovery.

(e) AIX has not produced a privilege log, which it says is quite lengthy.

**Debtors**

In addition, the Committee has requested the following discovery:

(a) The Committee has requested documents from the Debtors. The Debtors are producing documents on a rolling basis, and on the evening of July 8, 2014, produced over 400,000 pages of documents which must be

reviewed, digested and organized prior to the below depositions going forward. The Committee expects to receive additional documents from the Debtors.

(b)   The Committee has noticed up depositions for three (3) members of the Debtors' board of directors, one of which is also an employee of Meridian.

(c)   The Committee has also noticed up depositions for the Debtors' Chief Financial Officer and the Debtors' former Chief Executive Officer. These depositions cannot take place before the documents have been obtained, reviewed, digested and organized.

The Committee requested that AIX consent to moving the date of the hearings to August 6, 2014 or thereafter, but AIX would not agree to move the hearings by seven (7) business days.

The Committee submits that no harm will come to the Debtors' estates as the time of the hearings is being solely driven by AIX. The August 6, 2014 hearing date proposed by the Court, which was objected to by AIX's counsel, is totally within AIX's control, as discussed above.

Given the compressed time frame for these Cases and the issues raised herein, the Committee submits that the emergency relief requested herein is appropriate and should be granted by the Court.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Committee respectfully requests that the Court schedule a status conference on an emergency basis at the Court's earliest convenience with respect to the matters discussed herein.

Dated: July 9, 2014

**GREENBERG TRAURIG, LLP**

By: */s/ Shari L. Heyen*
Shari L. Heyen
Texas State Bar No. 09564750
David R. Eastlake
Texas State Bar No. 24074165
1000 Louisiana, Suite 1700
Houston, Texas 77002
Email: HeyenS@gtlaw.com
Email: EastlakeD@gtlaw.com

- and -

David B. Kurzweil (Admitted *Pro Hac Vice*)
Lee B. Hart (Admitted *Pro Hac Vice*)
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30327
Email: KurzweilD@gtlaw.com
Email: HartLe@gtlaw.com

***Counsel to the Official
Committee of Unsecured Creditors***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, and was served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail and was served on all parties listed on the attached master service list via United States First Class Mail, postage prepaid.

*/s/ David R. Eastlake*
David R. Eastlake

**MASTER SERVICE LIST**

| | |
|---|---|
| AIMM TECHNOLOGIES, INC.<br>BROOKS BRADFORD, HEATHER WALLACE<br>801 TEXAS 146<br>TEXAS CITY, TX 77590<br>FAX: 409- 945-6022<br>EMAIL: BROOKS@AIMMTECHNOLOGIES.COM | ANDREWS KURTH LLP<br>COUNSEL TO ARCHER DRILLING LLC & ARCHER SURVEY<br>TIMOTHY A. DAVIDSON II & JOSEPH P. ROVIRA<br>600 TRAVIS, SUITE 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: TADDAVIDSON@ANDREWSKURTH.COM;<br>JOSEPHROVIRA@ANDREWSKURTH.COM |
| ARCHER DRILLING, L.L.C.<br>ATTN: TONYA JACOBS<br>10613 W. SAM HOUSTON PKWY. N., STE. 600<br>HOUSTON, TX 77064<br>EMAIL: TONYA.JACOBS@ARCHERWELL.COM | DOR LAW GROUP, P.C.<br>COUNSEL TO WEATHERFORD U.S., L.P.<br>CARL DOR , JR.<br>ZACHARY S. MCKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>EMAIL: CARL@DORELAWGROUP.NET;<br>ZMCKAY@DORELAWGROUP.NET |
| DUANE MORRIS, LLP<br>COUNSEL TO KENAI OFFSHORE VENTURES, LLC,<br>ATTN: JOEL M. WALKER, MICHAEL E. CLARK,<br>CHARLES E. HARRELL<br>1330 POST OAK BLVD., SUITE 800<br>HOUSTON, TX 77002<br>EMAIL: MECLARK@DUANEMORRIS.COM;<br>JMWALKER@DUANEMORRIS.COM;<br>CEHARRELL@DUANEMORRIS.COM | FRANK'S INTERNATIONAL, L.L.C.<br>SUCCESSOR IN INTEREST FROM FRANK'S CASING CREW<br>& RENTAL TOOLS, INC.<br>ATTN: BRIAN D. BAIRD<br>10260 WESTHEIMER, SUITE 700<br>HOUSTON, TX 77057<br>FAX: 281-558-2980<br>EMAIL: BRIAN.BAIRD@FRANKSINTL.COM |
| FULBRIGHT & JAWORSKI LLP<br>WILLIAM GREENDYKE, JASON BOLAND<br>1301 MCKINNEY ST, SUITE 5100<br>HOUSTON, TX 77010-3095<br>FAX: 713-651-5246<br>EMAIL:<br>WILLIAM.GREENDYKE@NORTONROSEFULBRIGHT.COM;<br>JASON.BOLAND@NORTONROSEFULBRIGHT.COM | GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN, L.L.C.<br>(COUNSEL TO MACQUARIE BANK LIMITED)<br>1980 POST OAK BOULEVARD, SUITE 1800<br>ATTN: COURTNEY S. LAUER<br>HOUSTON, TX 77056<br>FAX: 713-333-5501<br>EMAIL: CLAUER@GORDONARATA.COM |
| GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN, L.L.C.<br>(COUNSEL TO MACQUARIE BANK LIMITED)<br>ONE AMERICA PLACE, 301 MAIN STREET SUITE 1600<br>ATTN: LOUIS M. PHILLIPS<br>BATON ROUGE, LA 70801<br>FAX: 225-336-9763<br>EMAIL: PHILLIPS@GORDONARATA.COM | GREENBERG TRAURIG, LLP<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>1000 LOUISIANA, SUITE 1700<br>ATTN: SHARI L. HEYEN, ESQ.<br>DAVID R. EASTLAKE, ESQ.<br>HOUSTON, TX 77002<br>FAX: 713-374-3505<br>EMAIL: HEYENS@GTLAW.COM;<br>EASTLAKED@GTLAW.COM |

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>PROPOSED COUNSEL FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DAVID B. KURZWEIL, ESQ<br>LEE B. HART, ESQ<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GA 30305<br>EMAIL: KURZWEILD@GTLAW.COM;<br>HARTLE@GTLAW.COM | HUGHES WATTERS ASKANASE, LLP<br>COOK INLET ENERGY, LLC & MILLER ENERGY RESOURCES<br>WAYNE KITCHENS<br>STEVEN SHURN<br>THREE ALLEN CENTER<br>333 CLAY, 29TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 713-759-6834<br>EMAIL: WKITCHENS@HWA.COM;<br>SSHURN@HWA.COM |
| PORTER HEDGES LLP<br>COUNSEL TO AIX ENERGY, LLC<br>JAMES MATTHEW VAUGHN; JOSHUA W. WOLFSHOHL;<br>AARON J. POWER<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002<br>FAX: 713-226-6287<br>EMAIL: MVAUGHN@PORTERHEDGES.COM;<br>JWOLFSHOHL@PORTERHEDGES.COM;<br>APOWER@PORTERHEDGES.COM | SNOW SPENCE GREEN LLP<br>COUNSEL TO FRANK'S INTERNATIONAL, LLC<br>ATTN: ROSS SPENCE<br>2929 ALLEN PARKWAY, SUITE 2800<br>HOUSTON, TX 77019<br>FAX: 713-335-4848<br>EMAIL: ROSS@SNOWSPENCELAW.COM |
| STOEL RIVES LLP<br>COOK INLET REGION, INC.<br>BRANDY A. SARGENT<br>900 SW FIFTH AVENUE, SUITE 2600<br>PORTLAND, OR 97204<br>FAX: 503-220-2480<br>EMAIL: BASARGENT@STOEL.COM | STOEL RIVES LLP<br>COUNSEL TO COOK INLET REGION, INC.<br>DAVID B. LEVANT<br>600 UNIVERSITY STREET, SUITE 3600<br>SEATTLE, WA 98101<br>FAX: 206-386-7500<br>EMAIL: DBLEVANT@STOEL.COM |
| THOMPSON & KNIGHT LLP<br>COUNSEL TO COOK INLET REGION, INC.<br>IRA L. HERMAN & JENNIFER CHRISTIAN<br>900 THIRD AVENUE, 20TH FLOOR<br>NEW YORK, NY 10020<br>FAX: 214-751-3113<br>EMAIL: IRA.HERMAN@TKLAW.COM;<br>JENNIFER.CHRISTIAN@TKLAW.COM | THOMPSON & KNIGHT LLP<br>COUNSEL TO COOK INLET REGION, INC.<br>RANDY W. WILLIAMS & ROBERT L. PADDOCK<br>333 CLAY, SUITE 3300<br>HOUSTON, TX 77002<br>EMAIL: RANDY.WILLIAMS@TKLAW.COM;<br>ROBERT.PADDOCK@TKLAW.COM |
| VINSON & ELKINS LLP<br>COUNSEL TO SPARTAN OFFSHORE DRILLING, LLC<br>DUSTON K. MCFAUL AND JOHN E. WEST<br>1001 FANNIN STREET, SUITE 2500<br>HOUSTON, TX 77002<br>FAX: 713-615-5777<br>EMAIL: DMCFAUL@VELAW.COM;<br>JWEST@VELAW.COM | WAUSON PROBUS<br>ATTN: MATTHEW B. PROBUS<br>COUNSEL FOR METSON BLUE WATER NAVIGATION<br>ONE SUGAR CREEK CENTER BLVD., SUITE 880<br>SUGAR LAND, TX 77478<br>FAX: 281-242-0306<br>EMAIL: MBPROBUS@W-PLAW.COM |

| | |
|---|---|
| AIRPORT EQUIPMENT RENTAL<br>JERRY SADLER<br>P.O. BOX 72578<br>FAIRBANKS, AK 99707<br>FAX: 907- 456-2066 | ALL AMERICAN OILFIELD ASSOCIATES, LLC<br>PETE DICKINSON<br>14896 KENAI SPUR HIGHWAY, SUITE 203<br>KENAI, AK 99611<br>FAX: 907- 283-1051 |
| BRICE EQUIPMENT, LLC - 003<br>SAM ROBERT BRICE<br>P.O. BOX 70908<br>FAIRBANKS, AK 99707<br>FAX: 907-488-6423 | CANRIG DRILLING TECHNOLOGY LTD.<br>CHRISTOPHER PAPOURAS<br>8223 WILLOW PLACE DRIVE SOUTH<br>HOUSTON, TX 77070<br>FAX: 281-774-5650 |
| CONAM CONSTRUCTION<br>MIKE SHEPPARD<br>301 W. NORTHERN LIGHTS BLVD., SUITE 300<br>ANCHORAGE, AK 99503<br>FAX: 907-278-4401 | CONWAY MACKENZIE<br>1301 MCKINNEY, SUITE 2025<br>HOUSTON, TX 77010<br>FAX: 713-650-0502 |
| CROWELL & MORING, LLP<br>KYLE PARKER<br>1001 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004<br>FAX: 202- 628-5116 | DEAN GALLEGOS<br>DEAN GALLEGOS<br>3 BAROONA ROAD<br>CHURCH POINT,NSW,  2105<br>AUSTRALIA<br>FAX: +61 2 9233 2530 |
| FRANK'S CASING CREW AND RENTAL TOOLS, INC.<br>BRIAN BAIRD<br>P.O. BOX 51729<br>LAFAYETTE, LA 70505<br>FAX: 281-558-0948 | GENERAL COMMUNICATION, INC.  ("GCI")<br>TINA PIDGEON<br>2550 DENALI STREET, SUITE 1000<br>ANCHORAGE, AK 99503<br>FAX: 907-868-5676 |

| | |
|---|---|
| JMR WORLDWIDE<br>JAY MORAKIS<br>1325 AVENUE OF THE AMERICAS, 28TH FLOOR<br>NEW YORK, NY 10019<br>FAX: 888- 669-0081 | KENAI OFFSHORE VENTURES ("KOV")<br>LORRINE WEE<br>15 HOE CHIANG ROAD, #12-05 TOWER FIFTEEN<br>SINGAPORE,  89316<br>FAX: +65 6222 7848 |
| LCG DISCOVERY EXPERTS<br>KEN TISDEL<br>11767 KATY FWY #515<br>HOUSTON, TX 77079<br>FAX: 832-251-6601 | MAGTEC ALASKA, LLC<br>RYAN PETERKIN<br>43385 KENAI SPUR HIGHWAY<br>KENAI, AK 99611<br>FAX: 907-335-6313 |
| MARKET EYE PTY LTD<br>RONN BECHLER<br>LEVEL 2, 181 BAY STREET<br>BRIGHTON,VIC,  3186<br>AUSTRALIA<br>FAX: +61-3- 9591 8999 | NATIONAL OILWELL VARCO ("NOV") TUBOSCOPE<br>AIMEE RASMUSSEN<br>2835 HOLMES ROAD P.O. BOX 808<br>HOUSTON, TX 77051<br>FAX: 713-799-5212 |
| NORTH STAR TERMINAL & STEVEDORE CO LLC<br>JEFF BENTZ<br>790 OCEAN DOCK ROAD<br>ANCHORAGE, AK 99501<br>FAX: 907-272-8927 | OCEAN MARINE SERVICES<br>DANIEL ROSETA<br>12019 76TH PLACE N.E.<br>KIRKLAND, WA 98034<br>FAX: 425-827-2105 |
| PACIFIC PILE & MARINE, L.P.<br>WIL CLARK<br>700 S. RIVERSIDE DRIVE<br>SEATTLE, WA 98108<br>FAX: 206-774-5958 | PETROLEUM ENGINEERS, INC.<br>BRADLEY RASCH<br>P.O. BOX 4869, DEPT. 418<br>HOUSTON, TX 77210<br>FAX: 337-406-5792 |

| | |
|---|---|
| PETROLEUM EQUIPMENT & SERVICES, INC.<br>DON POWELL<br>5631 SILVERADO WAY UNIT #G<br>ANCHORAGE, AK 99518<br>FAX: 907-248-4429 | PORT GRAHAM CORPORATION<br>LLOYD STIASSNY<br>629 L STREET, SUITE 205<br>ANCHORAGE, AK 99501<br>FAX: 907-278-7679 |
| SEISMIC EXCHANGE, INC.<br>SHARON DAVIS<br>4805 WESTWAY PARK BOULEVARD<br>HOUSTON, TX 77041<br>FAX: 832-590-5290 | STATE OF ALASKA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 110420<br>JUNEAU, AK 99811-0420 |
| WEATHERFORD US LP<br>KEVIN WALKER<br>P.O. BOX 301003<br>DALLAS, TX 75303<br>FAX: 907-345-7513 | XTO ENERGY, INC.<br>KEITH HUTTON<br>P.O. BOX 730587<br>DALLAS, TX 75373<br>FAX: 817-885-1867 |
| AIR LIQUIDE AMERICA LP<br>MICHAEL J. GRAFF<br>6415 ARCTIC BLVD.<br>ANCHORAGE, AK 99518<br>FAX: 907-564-9752 | AIX ENERGY, INC.<br>2441 HIGH TIMBERS<br>SUITE 1200<br>THE WOODLANDS, TX 77380<br>EMAIL: FMTTX@ME.COM |
| AIX ENERGY, LLC<br>2441 HIGH TIMBERS<br>SUITE 1200<br>THE WOODLANDS, TX 77380 | ALASKA MENTAL HEALTH TRUST AUTHORITY<br>3745 COMMUNITY PARK LOOP<br>ANCHORAGE, AK 99508 |

| | |
|---|---|
| ALASKA MENTAL HEALTH TRUST AUTHORITY<br>C/O MENTAL HEALTH TRUST LAND OFFICE<br>718 "L" STREET<br>SUITE 202<br>ANCHORAGE, AK 99501 | ALASKA MENTAL HEALTH TRUST LAND OFFICE<br>2600 CORDOVA STREET, SUITE 100<br>ANCHORAGE, AK 99503 |
| ALASKA MENTAL HEALTH TRUST LAND OFFICE<br>C/O JAMES D. LINXWILER, ESQ.<br>GUESS & RUDD, P.C.<br>510 L STREET, SUITE 700<br>ANCHORAGE, AK 99501 | ARGONAUT INSURANCE COMPANY<br>225 W WASHINGTON<br>6TH FLOOR<br>CHICAGO, IL 60606 |
| AUSTRALIAN SECURITIES &<br>INVESTMENTS COMMISSION<br>GPO BOX 9827<br>SYDNEY NSW 2001,<br>AUSTRALIA<br>FAX: 03- 5177 3999 | BUCCANEER RESOURCES, LLC<br>11200 WESTHEIMER<br>SUITE 900<br>HOUSTON, TX 77042 |
| CITY OF KENAI<br>210 FIDALGO AVENUE<br>KENAI, AK 99611 | CONTANGO ASSET MANAGEMENT LIMITED<br>LEVEL 27<br>35 COLLINS ST<br>MELBOURNE VIC 3000,<br>AUSTRALIA |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>AUSTIN, TX 73301-0099 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

| | |
|---|---|
| JORDAN, HYDEN, WOMBLE, CULBRETH, & HOLZER P.C.<br>COUNSEL TO MAGTEC ALASKA<br>ATTN: NATHANIEL PETER HOLZER<br>500 NORTH SHORELINE BLVD., SUITE 900<br>CORPUS CHRISTI, TX 78401-0341<br>FAX: 361-888-5555<br>EMAIL: PHOLZER@JHWCLAW.COM | KENAI OFFSHORE VENTURES, LLC<br>215 FIDALGO, SUITE 100<br>KENAI, AK 99611 |
| KENAI PENINSULA BOROUGH<br>144 NORTH BINKLEY<br>SOLDOTNA, AK 99669-7599 | LOCKE LORD LLP<br>COUNSEL TO ALL AMERICAN OILFIELD ASSOCIATES, LLC<br>PHILIP G. EISENBERG AND W. STEVEN BRYANT<br>600 TRAVIS STREET, SUITE 2800<br>BEAUMONT, TX 77702<br>FAX: 713-223-3717<br>EMAIL: PEISENBERG@LOCKELORD.COM;<br>SBRYANT@LOCKELORD.COM |
| MACQUARIE BANK LIMITED<br>1 MARTIN PLACE<br>GPO BOX 4294<br>SYDNEY,<br>AUSTRALIA | MACQUARIE BANK LIMITED<br>HOUSTON REPRESENTATIVE OFFICE<br>500 DALLAS STREET, SUITE 3250<br>HOUSTON, TX 77002 |
| MAYFLOWER REMOTE SERVICES, LLC<br>EDGAR N. DUERO<br>52765 STRAWBERRY AVENUE<br>KENAI, AK 99611 | MERIDIAN CAPITAL INTERNATIONAL FUND<br>C/O MERIDIAN CAPITAL (HK) LIMITED<br>LEVEL 23 50 CONNAUGHT ROAD<br>CENTRAL,<br>HONG KONG |
| OFFICE OF THE UNITED STATES TRUSTEE<br>HECTOR DURAN<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>FAX: 713-718-4670 | OKIN & ADAMS LLP<br>COUNSEL FOR THE ALASKA MENTAL HEALTH TRUST<br>AUTHORY<br>CHRISTOPHER ADAMS, ESQ<br>1113 VINE STREET SUITE 201<br>HOUSTON, TX 77002<br>FAX: 888-865-2118<br>EMAIL: CADAMS@OKINADAMS.COM |

| | |
|---|---|
| OWL RIDGE NATURAL RESOURCE CONSULTANTS INC<br>GLENN RUCKHAUS<br>1601 EAST 84TH AVENUE, SUITE 204<br>ANCHORAGE, AK 99507 | PETROQUEST ENERGY LLC<br>400 E. KALISTE SALOOM RD, #6000<br>LAFAYETTE, LA 70508 |
| RENAISSANCE SMALLER COMPANIES PTY. LTD.<br>95 PITT ST<br>SYDNEY NSW 2000,<br>AUSTRALIA | SPARTAN OFFSHORE<br>516 JF SMITH AVE.<br>SLIDELL, LA 70460 |
| SPARTAN OFFSHORE DRILLING, LLC<br>115 CHRISTIAN LANE<br>SLIDELL, LA 70458 | SPARTAN OFFSHORE DRILLING, LLC<br>P.O. BOX 677343<br>DALLAS, TX 75267-7343 |
| STATE OF ALASKA (DEPARTMENT OF REVENUE)<br>ANGELA RODELL<br>P.O. BOX 110420<br>JUNEAU, AK 99811<br>FAX: 907-465-2389 | STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCE<br>FINANCIAL SERVICES DIVISION<br>550 W. 7TH AVE, SUITE 1410<br>ANCHORAGE, AK 99501 |
| TERAS OILFIELD SUPPORT LIMITED<br>ATTN: MR. CHEAH BOON PIN;<br>LORRINE WEE<br>15 HOE CHIANG ROAD, #12-05<br>TOWER FIFTEEN<br>SINGAPORE,  89316<br>SINGAPORE<br>FAX: +65 6222 7848 | THE BANK OF NEW YORK MELLON<br>525 WILLAM PENN PLACE<br>TWO BNY MELLON CENTER<br>SUITE 1930<br>PITTSBURGH, PA 15259-001 |

| | |
|---|---|
| U.S. ATTORNEYS OFFICE<br>SOUTHERN DISTRICT OF TEXAS<br>PO BOX 2685<br>312 S MAIN, 3RD FL<br>VICTORIA, TX 77902-2685<br>FAX: 361-579-6820 | US SPECIALTY INSURANCE CORPORATION<br>777 POST OAK BLVD<br>HOUSTON, TX 77056 |
| WELLS FARGO BANK, NA<br>401 LINDEN STREET<br>1ST FLOOR<br>WINSTON-SALEM, NC 27101 | WELLS FARGO BANK, NA<br>HOUSTON DAIRY ASHFORD<br>1160 DAIRY ASHFORD<br>HOUSTON, TX 77079 |
| WELLS FARGO BANK, NA<br>MAIL ADDRESS CODE: D1129-072<br>301 SOUTH TRYON STREET<br>FLOOR M7<br>CHARLOTTE, NC 28282-1915 | CONOCOPHILLIPS COMPANY<br>ATTN: RENITA KING<br>600 N. DAIRY ASHFORD<br>SUITE ML 1080<br>HOUSTON, TX 77079<br>FAX: 281-293-1954<br>EMAIL: RENITA.D.KING@COP.COM |