

ENTERED
10/21/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUCCANEER RESOURCES, LLC, *et al.*,[4] | § | Case No. 14-60041 (DRJ) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## ORDER GRANTING DEBTORS MOTION EXTENDING THEIR EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN

### [RELATES TO DKT. NO. 398]

Upon consideration of the motion of Buccaneer Resources, LLC and its above-captioned affiliated debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order extending their exclusive periods to file and solicit acceptances of a chapter 11 Plan (the "Motion"),[5] the Court finds that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion and hearing thereon has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after having given

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Limited. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

[5] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

due deliberation upon the Motion and all of the proceedings before the Court in connection with the Motion.  Therefore, it is hereby

ORDERED that the Motion is GRANTED to the extent provided for herein.  It is further

ORDERED that any objections to the Motion are OVERRULED.  It is further

ORDERED that, pursuant to section 1121(d)(1) of the Bankruptcy Code, the Debtors' exclusive period to file a chapter 11 plan is extended up to and through October 28, 2014.  It is further

ORDERED that, pursuant to Bankruptcy Code section 1121(d), the Debtors' exclusive period for soliciting acceptance of a chapter 11 plan is extended up to and through December 29, 2014.  It is further

ORDERED  that the relief granted herein is without prejudice to the Debtors seeking any additional extensions of the periods provided in Bankruptcy Code section 1121. It is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed:  October 21, 2014.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE