

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
03/09/2015

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| Buccaneer Resources, LLC, *et al.*,[1] | § Case No. 14-60041 (DRJ) |
| | § |
| Debtors. | § Jointly Administered |
| | § |

**ORDER APPROVING ESTABLISHMENT AND FUNDING
FOR ADMINISTRATIVE CLAIMS ACCOUNT**
[RELATES TO DKT. NOS. 589, 591 & 621]

After consideration of the *Request for Expedited Hearing to Resolve Dispute Over Establishment of the Administrative Claims Reserve* (the "Request")[2] filed by Buccaneer Resources, LLC and its above-captioned affiliated debtors (collectively, the "Debtors"), together with (i) the arguments and representations of counsel at the hearing on the Request; (ii) all evidence submitted in connection with the Request; (iii) all papers on file herein and in the related bankruptcy cases; (iv) any evidence presented at the hearing on the Request; and (v) the findings of fact and conclusions of law announced on the record at the hearing, if any, on the Request, the Court, after due deliberation and good and sufficient cause appearing therefore, and having found and determined, among other things, that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Request was sufficient under the circumstances and that no other or further notice need be provided, (d) the relief requested is in the best interest of the Debtors, their

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy, Ltd. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

41548961.1                                    -2-

bankruptcy estates, and all other parties in interest, hereby APPROVES the Proposed Reserve. Accordingly, it is HEREBY

ORDERED that the Proposed Reserve attached hereto as **Exhibit 1** relating to the funding of the Administrative Claims Account is approved in all respects; and it is further

ORDERED that the Debtors are authorized to immediately establish and fund the Proposed Reserve in the amounts set forth therein; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order; and it is further

ORDERED that this Order shall be effective immediately upon its entry.

3-9-2015.

*[signature]*
United States Bankruptcy Judge

**Buccaneer Resources, LLC et al**  
**Case No - 14-60041**  
**Administrative Claim Reserve**

March stub start date: 3/1/2015  
Estimated confirmation effective date: 3/13/2015

| Vendor | Description | Amount | Notes |
|---|---|---|---|
| Cenotaph (P. O'Connor) | March BOD fees - 1st through effective date | $ 2,883.50 | (1) |
| Haroma (A. Stein) | March BOD fees - 1st through effective date | 23,068.30 | (1) |
| Gavin Wilson | February and March 1st through effective date - BOD fees | 9,094.20 | (1) |
| Bruce Burrell | March Secretary and IR fees - 1st through effective | 2,909.12 | (2) |
| Baker Botts/Haynes Boone | Advancement Order Docket 423 | 159,643.30 | See docket 423 |
| McGriff | Liability insurance | 101,589.00 | (3) |
| McGriff | Energy Package insurance | 88,093.30 | (4) |
| Keirsted | Data preservation - Burton Matter | 1,095.00 | |
| Box.net | Document datasite | 585.60 | Approx $292.82/mon (2 months ended March 17, 2015) |
| ScoNet | IT services January and February stub period | 8,700.00 | Approximately $8,700/mon |
| AIMM (or alternate) | Disposal of 2,500 yards of solidified waste on KL pad | 150,000.00 | (5) |
| Norton Rose Fulbright | Legal services | - | Outstanding amounts to be applied to retainer |
| Conway MacKenzie | Interim management and financial advisory services | - | Outstanding amounts to be applied to retainer |
| Greenburg Traurig/A&M | Payment to reach $2.3 mil cap per settlement | 22,029.70 | |
| United States Trustee | Fees - Q1 2015 | 30,000.00 | |
| David Fulton | Payroll from March 1st to effective date | 10,760.00 | |
| Kathy DuBois | Payroll from March 1st to 3rd | 600.00 | |
| CISPRI | Allowed administrative claim (docket 565) | 80,863.00 | |
| LCG Discovery | Electronic discovery preservation - Burton matter | 1,530.00 | |
| Epiq | Claims and notice agent | - | Assumed paid through retainer |
| Contingency | Contingency | 25,000.00 | |
| Total | | $ 718,444.02 | |

(1) AUD $219.18/day + 10% GST, assumed currency conversion of .92 USD to 1 AUD  
(2) AUD - $4,000/mon consulting/secretary fees + $2,000/mon IR fees + 10% GST, assumed currency conversion of .92 USD to 1 AUD  
(3) Three policies: (1) General liability (2) $5MM lead excess liability and (3) $45MM xs $5MM supplement excess liability. All extended through March 31st, assumed canceled 1 week post effective date  
(4) 4th quarterly installment due for pro-rated period 2-2-15 to effective date  
(5) $250,000 prepaid to AIMM week ended September 12th based upon est 2,500 yards. Amount above estimated for cost overrun contingency if pile exceeds 2,500 yards and to cover potential costs of

Exhibit 1