IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| BUCCANEER RESOURCES, LLC, *et al.*,[1] | § § § | Case No.: 14-60041 (DRJ) |
| Debtors. | § § § | Jointly Administered |

NOTICE OF OCCURRENCE OF EFFECTIVE DATE
UNDER FIRST AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION FOR THE DEBTORS AND DEBTORS-IN-POSSESSION

**PLEASE TAKE NOTICE THAT** under Section 11.1 of the *First Amended Joint Chapter 11 Plan of Reorganization for the Debtors and Debtors-in-Possession (as modified through January 13, 2015)* [Dkt. No. 589] (the "Plan")[2] all conditions precedent to the occurrence of the effective date (as defined in the Plan) have been satisfied or waived and the effective date occurred on March 13, 2015.

Dated: March 13, 2015

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
William R. Greendyke (TX Bar No. 08390450)
Jason L. Boland (TX Bar No. 24040542)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
jason.boland@nortonrosefulbright.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Limited (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370).

[2] A copy of the Plan and Confirmation Order, and all exhibits thereto, may be obtained from the Debtors' noticing agent, Epiq Systems, at http://dm.epiq11.com/BUC or can be accessed through the website maintained by the United States Bankruptcy Court at https://ecf.txsb.uscourts.gov/.