**EXHIBIT A**

**GT April 2015 Invoice**

**GT** GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No. | | 3906473 |
| File No. | | 153142.010000 |
| Bill Date | : | May 6, 2015 |

Unsecured Creditors Committee of
Buccaneer Energy, LLC, et al
c/o Tonya A. Jacobs, Chairperson
Archer Drilling, L.L.C.
10613 W. Sam Houston Pkwy., N., Suite 600
Houston, TX  77064

Re: Case Representation

Legal Services through April 30, 2015:

|  |  |  |
|---|---|---|
|  | $ | 10,944.50 |
| Less Courtesy Discount: | $ | (1,094.45) |
| Total Fees: | $ | 9,850.05 |

Expenses:

| | | |
|---|---|---|
| E101 - Photocopy Charges | 65.70 | |
| E123 - Professional & Legal | 6,072.27 | |
| E106 - Information and Research | 1.00 | |
| Total Expenses: | $ | 6,138.97 |

| | | |
|---|---|---|
| **Current Invoice**: | **$** | **15,989.02** |

| | | |
|---|---|---|
| Previous Balance (see attached statement): | $ | 240,930.98 |
| **Total Amount Due:** | **$** | **256,920.00** |

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

# GT GreenbergTraurig

Invoice No.  3906473
File No.     153142.010000

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | WELLS FARGO BANK |
| ABA #: | 121000248 |
| CREDIT TO: | GREENBERG TRAURIG DEPOSITORY ACCOUNT |
| ACCOUNT #: | 2000014648663 |

PLEASE
REFERENCE:

| | |
|---|---|
| **CLIENT NAME:** | **BUCCANEER ENERGY - THE UNSECURED CREDITO** |
| **FILE NUMBER:** | **153142.010000** |
| **INVOICE NUMBER:** | **3906473*** |
| **BILLING PROFESSIONAL:** | **David B. Kurzweil** |

************

**"When you provide a check as payment, you authorize us to either use information from
your check to make a one-time electronic fund transfer from your account or to process the
payment as a check transaction."**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

**FOR CREDIT CARD PAYMENTS:
www.gtlawbilling.com**

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No.   3906473
File No.      153142.010000

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|---------:|-------------:|----------:|----------:|
| 10/14/14 | 3761277 | 51,186.34 | 0.00 | 0.00 | 51,186.34 |
| 11/07/14 | 3775884 | 38,020.41 | 0.00 | 0.00 | 38,020.41 |
| 12/09/14 | 3802392 | 16,149.69 | 0.00 | 0.00 | 16,149.69 |
| 01/27/15 | 3834050 | 54,894.60 | 10,798.48 | 0.00 | 65,693.08 |
| 02/17/15 | 3849393 | 27,967.05 | 2.50 | 0.00 | 27,969.55 |
| 03/17/15 | 3871102 | 22,116.60 | 634.53 | 0.00 | 22,751.13 |
| 04/02/15 | 3878577 | 18,532.35 | 628.43 | 0.00 | 19,160.78 |
| Totals: | | $ 228,867.04 | $ 12,063.94 | $ 0.00 | $ 240,930.98 |

DVK:SC
Tax ID:  13-3613083

| Invoice No.: | 3906473 | | | Page 1 |
|---|---|---|---|---|
| Re: | Case Representation | | | |
| Matter No.: | 153142.010000 | | | |

**Timekeeper Summary**

| Shareholders: | Hours | Standard Rate | Amount |
|---|---|---|---|
| David B. Kurzweil | 1.20 | 845.00 | 1,014.00 |
| **Shareholders Subtotal:** | **1.20** | | **1,014.00** |
| **Associates:** | | | |
| David Eastlake | 10.70 | 450.00 | 4,815.00 |
| Lee B. Hart | 6.10 | 395.00 | 2,409.50 |
| **Associates Subtotal:** | **16.80** | | **7,224.50** |
| **Paralegals:** | | | |
| Gail L. Jamrok | 8.60 | 290.00 | 2,494.00 |
| David Kaplan | 0.80 | 265.00 | 212.00 |
| **Paralegals Subtotal:** | **9.40** | | **2,706.00** |
| **Total Fees** | **27.40** | | **10,944.50** |

DVK:SC
Tax ID:  13-3613083

| Invoice No.: | 3906473 | | | | Page 2 |
| Re: | Case Representation | | | | |
| Matter No.: | 153142.010000 | | | | |

<u>Description of Professional Services Rendered:</u>

| DATE | TIMEKEEPER | DESCRIPTION | TASK | HOURS |
|------|-----------|-------------|------|-------|
| 04/01/15 | Lee B. Hart | Work on final fee application for GT | BUC106 | 0.50 |
| 04/04/15 | Lee B. Hart | Work on final fee application for GT | BUC106 | 1.00 |
| 04/05/15 | Lee B. Hart | Work on final fee application for GT | BUC106 | 2.50 |
| 04/05/15 | David B. Kurzweil | Review and comment on fee applications | BUC106 | 1.20 |
| 04/06/15 | David Eastlake | Review and revise GT's final fee application, exhibits thereto and proposed order thereon (5.8); review and revise notice of filing of fee application (.4) | BUC110 | 6.20 |
| 04/06/15 | Lee B. Hart | Work on final fee application for GT | BUC106 | 0.30 |
| 04/06/15 | Lee B. Hart | Work on final fee application for GT | BUC106 | 1.50 |
| 04/06/15 | David Kaplan | Work on fee application | BUC106 | 0.80 |
| 04/07/15 | David Eastlake | Attend to preparation of fee application and all exhibits thereto; correspondence with Alvarez regarding its final fee application | BUC110 | 1.60 |
| 04/08/15 | David Eastlake | Revise final fee application | BUC110 | 2.90 |
| 04/08/15 | Lee B. Hart | Conferences regarding DTI bills | BUC106 | 0.30 |
| 04/08/15 | Gail L. Jamrok | Review and finalize exhibits and proposed order to final fee application and prepare same for filing; file final fee application and notice of filing same electronically | BUC110 | 3.60 |
| 04/09/15 | Gail L. Jamrok | Attention to obtaining LEDES data to send to U.S. Trustee (.8); draft notice of filing of Greenberg Traurig's second interim and final fee application and certificate of service for same (.8); prepare notice of filing and certificate of service for electronic filing (.4); file same electronically and coordinate service (.5) | BUC110 | 2.50 |
| 04/17/15 | Gail L. Jamrok | Research fees spent preparing final fee application and draft notice of supplement to same (2.1); prepare same for filing (.4) | BUC110 | 2.50 |

| | | | Total Time: | 27.40 |

DVK:SC
Tax ID:  13-3613083

Invoice No.:      3906473                                                                  Page  3
Re:              Case Representation
Matter No.:      153142.010000

## Description of Expenses Billed:

| DATE | DESCRIPTION | EXPENSE CODE | | AMOUNT |
|------|-------------|--------------|---|--------|
| 11/05/14 | VENDOR: Document Tech/DTI Skyline/Esquire Li-ACH INVOICE#: 837383 DATE: 11/5/2014  Job No. 1410110. ESI Project No. 111999. Monthly User Fee | E123 | $ | 5,092.13 |
| 01/06/15 | VENDOR: Document Tech/DTI Skyline/Esquire Li-ACH INVOICE#: 848985 DATE: 1/6/2015  Job No. 1412101. ESI Project No, 111999. Monthly User Fee | E123 | $ | 628.43 |
| 02/24/15 | Search Criteria: (None);   Document Type: Pacer Research Charges for February 2015 | E106 | $ | 1.00 |
| 04/02/15 | VENDOR: Document Tech/DTI Skyline/Esquire Li-ACH INVOICE#: 865697 DATE: 4/2/2015  Customer id 10582 Job no 1503418 Re Monthly Storage Fee / User Fee | E123 | $ | 351.71 |
| 04/09/15 | Copy; 438 Page(s) by 000528 | E101 | $ | 65.70 |
| | | Total Expenses: | $ | 6,138.97 |

DVK:SC
Tax ID:  13-3613083