

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

ENTERED
12/17/2015

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **BUCCANEER RESOURCES, LLC**, *et al*. | § | Case No. 14-60041 (DRJ) |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

**ORDER ON CURTIS BURTON'S**
**MOTION TO WITHDRAW PROOF OF CLAIM**

(Docket No. 745)

On this date, the Court considered the Motion to Withdraw Proof of Claim [Dkt. No. 745] (the "Motion")[1] filed by Curtis Burton ("Burton"). The Court having found that the Motion is meritorious and should be granted, it is hereby:

ORDERED that the Motion is GRANTED, and pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Burton may withdraw Proof of Claim No. 19 filed in Case No. 14-60042 against Buccaneer Energy Limited in its entirety, including all prior and amended versions. It is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: December 16, 2015.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.