United States Bankruptcy Court Southern - Texas
ENTERED
10/18/2016

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BUCCANEER RESOURCES, LLC, *et al.*, | § | Case No. 14-60041 (DRJ) |
| Debtors. | § | Jointly Administered |

**ORDER TERMINATING ADMINISTRATIVE CLAIMS ACCOUNT**

(Docket No. 976)

The Court has considered the Agreed Motion to Terminate Administrative Claims Account (the "Motion") filed by AIX Energy, LLC ("AIX") and Jeff Compton (the "Liquidating Trustee") and the objection to the Motion filed by Gavin Wilson, Patrick O'Connor, and Alan Stein (collectively, the "Directors"). The Court is of the opinion that the Administrative Claims Account (as that term is defined in the Motion) should be terminated pending the resolution of the claims asserted against it by the Directors. It is, therefore,

**ORDERED THAT:**

1. The Liquidating Trustee, in his capacity as Disbursing Agent for the Administrative Claims Account shall transfer the balance remaining in the Administrative Claims Account, in the amount of $277,932.14 (the "Account Balance"), to Porter Hedges, LLP ("Porter Hedges"), counsel for AIX, within 3 business days from entry of this Order.

2. Porter Hedges shall hold the Account Balance in trust for the benefit of AIX, pending further order of this Court.

3. Upon completion of the transfer of the Account Balance to Porter Hedges the Liquidating Trustee shall close the Administrative Claims Account, and the Liquidating Trustee and AIX shall have no further obligations under Article 7.4.2 of the Plan and shall be deemed released from any and all liability for and/or related to payments made on account of Allowed Administrative

Claims and from any and all further liability in connection with any administrative claims asserted against the Debtors; provided, however, that the Directors' rights including under their administrative expense application, any amendment to the administrative expense application, or similar action against the Creditors Trust and/or the Account Balance for reimbursement or payment of post-petition expenses are fully preserved.

4. The Directors shall file an amendment to their Motion of Current Directors for Allowance of Administrative Expense Claim (the "Directors' Amended Motion") by October 24, 2016, specifying the amount of and basis for the Directors' asserted claim against the Account Balance.

5. AIX (and any other party in interest who wishes to do so) shall file a response to the Directors' Amended Motion by November 14, 2016.

6. If the parties cannot reach an agreement as to the Directors' claims asserted against the Account Balance, the Court will conduct a hearing on those claims on December 5, 2016, at 2:30 p.m. in courtroom 400, 515 Rusk, Houston, Texas 77002.

**Signed: October 17, 2016.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**