UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| Buccaneer Resources, LLC et al. | § | CASE NO. **14-60041** |
| (See Note A) | § | Substantively Consolidated (See Note A) |
| DEBTOR | § § | CHAPTER 11 |

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING December 31, 2017

1. **X** Quarterly or _____ Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**
   A. Disbursements made by the Administrative Claims Disbursing Agent     N/A     (See Note C)
   B. Disbursements made by the Liquidating Trust                  $      53,928.40
      Total Disbursements                                          $      53,928.40
   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final? Yes No      [X] Yes  [ ] No

4. Are Plan payments being made as required under the Plan? Yes No    [X] Yes  [ ] No

5. If "No", what Plan payments have not been made and why?
   Please explain: _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? __March 13, 2015__ (See Note B)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes Date when application was submitted _____
       [ ] No Date when application will be submitted _____
       *(if required by Local Rule)
    B. Estimated Date of Final Payment Under Plan ___TBD___

```
INITIALS _____
DATE    _____
UST USE ONLY
```

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____        DATE: 1/19/18
        Jeff Compton
        as Liquidating Trustee

(See Attached Notes)

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING December 31, 2017

IN RE:

Buccaneer Resources, LLC et al.                                    CASE NO. 14-60041

DEBTOR

**NOTES:**

Note A:  Under the Plan, the following Debtors have been substantively consolidated, including for purposes of distributions:

| Case No. | Entity |
|---|---|
| 14-60041 | Buccaneer Resources, LLC |
| 14-60042 | Buccaneer Energy Limited |
| 14-60043 | Buccaneer Energy Holdings, Inc. |
| 14-60044 | Buccaneer Alaska Operations, LLC |
| 14-60045 | Buccaneer Alaska, LLC |
| 14-60046 | Kenai Land Ventures, LLC |
| 14-60047 | Buccaneer Alaska Drilling, LLC |
| 14-60048 | Buccaneer Royalties, LLC |
| 14-60049 | Kenai Drilling, LLC |

Note B: The Plan became effective, and the Liquidating Trust was funded March 13, 2015.

Note C: Pursuant to Court Order entered October 18, 2016, the Disbursing Agent of the Administrative Claims account transferred the balance remaining in the Administrative Claims account to Porter Hedges, LP, counsel for AIX to be held in trust for the benefit of AIX, pending further order of the Court. [See Docket 1000] A final report on behalf of the Disbursing Agent of the Administrative Claims account was filed in Q2 2017.

IN RE: BUCCANEER RESOURCES, LLC, et al.  
PER LIQUIDATING TRUST

CASE NO. 14-60041

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | $ 52,090.90 | $ - |
| RECEIPTS | $ 100,000.00 | $ 16,279,113.68 |
| DISBURSEMENTS | | |
| NET PAYROLL | | |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | | |
| UTILITIES | | |
| INSURANCE | | |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | | |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | | |
| ADMINISTRATIVE & SELLING | $ 53,928.40 | $ 2,029,342.90 |
| OTHER (attach list) | | |
| PLAN PAYMENTS (page 3) | $ - | $ 13,385,656.52 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $ 53,928.40 | $ 15,414,999.42 |
| NET CASH FLOW | $ 46,071.60 | $ 864,114.26 |
| CASH-END OF QUARTER | $ 98,162.50 | $ 864,114.26 |

*(See Note 1)*

### CASH ACCOUNT RECONCILIATION FOR ALL FUNDS QUARTER ENDING DECEMBER 31, 2017

| | Month/Year 10/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Month/Year 11/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Month/Year 12/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Total | |
|---|---|---|---|---|---|
| Bank Balance | $ 28,134.34 | $ 14,415.84 | $ 100,736.39 | $ 100,736.39 | |
| Deposit in Transit | $ - | $ - | $ - | $ - | |
| Outstanding Checks | $ (2,573.89) | $ (2,838.39) | $ (2,573.89) | $ (2,573.89) | |
| Adjusted Balance | $ 25,560.45 | $ 11,577.45 | $ 98,162.50 | $ 98,162.50 | |
| Beginning Cash-Per Books | $ 52,090.90 | $ 25,560.45 | $ 11,577.45 | $ 52,090.90 | |
| Receipts | $ - | $ - | $ - | $ - | |
| Transfers Between Accounts | | | $ 100,000.00 | $ 100,000.00 | |
| Checks/Other Disbursements | $ (26,530.45) | $ (13,983.00) | $ (13,414.95) | $ (53,928.40) | |
| Ending Cash-Per Books | $ 25,560.45 | $ 11,577.45 | $ 98,162.50 | $ 98,162.50 | *(See Note 1)* |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year 10/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Month/Year 11/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Month/Year 12/2017 Liquidating Trust Texas Capital Bank xxxxxx6217 | Total |
|---|---|---|---|---|
| Beginning Cash | $ 52,090.90 | $ 25,560.45 | $ 11,577.45 | |
| Total Receipts (Including Transfers) | $ - | $ - | $ 100,000.00 | $ 100,000.00 |
| Total Disbursements (Including Transfers) | $ (26,530.45) | $ (13,983.00) | $ (13,414.95) | $ (53,928.40) |
| Ending Cash | $ 25,560.45 | $ 11,577.45 | $ 98,162.50 | |

Note 1: The Liquidating Trust also holds the following investment account:

| | Market Value on 12/31/2017 | |
|---|---|---|
| Investment Account | | |
| ML Account # XXX-XX481 | $ 802,272.53 | *(Holds investments in a US Treasury Fund)* |
| | $ 802,272.53 | |

ML investment account XXX-XX254 was funded with cash transfers from Texas Capital Bank Account xx6217. On September 23, 2016, $2,740,330.85 was transferred from ML investment account XXX-XX254 to ML investment account XXX-XX481.

Schedule of Cash Transfers in/(out) of Investment Accounts:

| | | |
|---|---|---|
| Q1 2015 | $ 9,750,000.00 | |
| Q4 2015 | $ (200,000.00) | |
| Q2 2016 | $ 2,675,000.00 | *includes $275k directly into the investment account.* |
| Q3 2016 | $ (600,000.00) | |
| Q1 2017 | $ (3,020,000.00) | |
| Q3 2017 | $ (7,739,048.24) | |
| Q4 2017 | $ (100,000.00) | |
| | $ 765,951.76 | |

Cash transferred from Texas Capital Bank account xx6217 to the investment accounts is used to purchase investments held by the Liquidating Trust and is not considered a disbursement out of the Liquidating Trust. In addition, after investments are purchased the funds are no longer considered cash, but Liquidating Trust owned investments.

*We are reporting the cash activity, exclusive of investment earnings, in the tables above. The amount of cash and cash equivalents totals $900,435.03.*

IN RE: §
Buccaneer Resources, LLC et al. § CASE NO. 14-60041 (Jointly Administered)
§
DEBTOR §

## PAYMENTS TO CREDITORS UNDER THE PLAN
## BY THE LIQUIDATING TRUST

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Advance Hydrocarbon Corporation | Unsecured | | $ - | $ 114.58 |
| AFLAC | Unsecured | | $ - | $ 431.57 |
| AIMM Technologies, Inc. | Unsecured | | $ - | $ 78,598.28 |
| Air Liquide America LP | Unsecured | | $ - | $ 1,556.69 |
| Airgas USA LLC | Unsecured | | $ - | $ 156.33 |
| Airport Equipment Rental, Inc. | Unsecured | | $ - | $ 12,855.57 |
| Alan Stein | Admin | | $ - | $ 495.58 |
| Alaska's Best Water | Unsecured | | $ - | $ 27.08 |
| Alaska Communications | Unsecured | | $ - | $ 717.52 |
| Alaska Industrial Hardware, Inc | Unsecured | | $ - | $ 40.24 |
| Alaska Rubber and Supply, Inc. | Unsecured | | $ - | $ 1,534.61 |
| Alaska Waste | Unsecured | | $ - | $ 190.06 |
| Alyeska Sales & Service | Unsecured | | $ - | $ 1,099.01 |
| Applied Standards Inspection, Inc. | Unsecured | | $ - | $ 7,858.77 |
| Archer Drilling LLC | Unsecured | | $ - | $ 1,968,795.17 |
| Archer Survey & Inspection LLC | Unsecured | | $ - | $ 131,253.01 |
| Arctic Wire Rope and Supply | Unsecured | | $ - | $ 546.57 |
| ASRC Energy Services | Unsecured | | $ - | $ 4,650.64 |
| AT&T Mobility | Unsecured | | $ - | $ 131.52 |
| Atigun Incorporated | Unsecured | | $ - | $ 2,835.06 |
| Baker Botts LLP | Admin | | $ - | $ 513,779.04 |
| Baker Botts LLP (Dist) | Unsecured | | $ - | $ 16,537.36 |
| Bang Energy LLC | Unsecured | | $ - | $ 655.91 |
| Benefits Science, LLC | Unsecured | | $ - | $ 78.75 |
| Bernstein, Scott P. | Unsecured | | $ - | $ 78,463.05 |
| Best Western Bidarka Inn | Unsecured | | $ - | $ 2,983.91 |
| Bligh Energy Services Pty Ltd | Unsecured | | $ - | $ (192.88) |
| B-Pack, Inc. | Unsecured | | $ - | $ 622.14 |
| Brice Equipment, LLC - 003 | Unsecured | | $ - | $ 10,597.37 |
| Bud Griffin Customer Support | Unsecured | | $ - | $ 116.79 |
| CAD Control Systems | Unsecured | | $ - | $ 4,459.34 |
| Canaccord Genuity Australia Limited | Unsecured | | $ - | $ 60,354.83 |
| Canrig Drilling Technology Ltd. | Unsecured | | $ - | $ 27,894.96 |
| Chrystal Capital Partners LLP | Unsecured | | $ - | $ 697,613.39 |
| Clarion Events LTD | Unsecured | | $ - | $ 3,022.94 |
| Coffman Engineers | Unsecured | | $ - | $ 4,587.09 |
| Commercial Appliance & Refrigeration Inc | Unsecured | | $ - | $ 457.87 |
| Comptroller of Public Accounts | Priority | | $ - | $ 2,000.00 |
| Computershare Registry Services Pty Ltd | Unsecured | | $ - | $ 4,048.65 |
| Conam Construction Company | Unsecured | | $ - | $ 10,501.67 |
| ConocoPhillips Company | Unsecured | | $ - | $ 525,012.04 |
| Cook Inlet Energy, LLC | Unsecured | | $ - | $ 82,944.05 |
| Cook Inlet Regional Citizens Advisory Cou | Unsecured | | $ - | $ 9,843.97 |
| Crowell & Moring LLP | Unsecured | | $ - | $ 94,789.86 |
| Darrel J. Gardner (joint and several co-c | Unsecured | | $ - | $ 10,801.60 |
| David Fulton | Unsecured | | $ - | $ 655.91 |
| Dish Network LLC | Unsecured | | $ - | $ 209.45 |
| Doherty, David J. | Unsecured | | $ - | $ 1,262.40 |
| Edison, McDowell & Hetherington LLP | Unsecured | | $ - | $ 4,669.74 |

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Edward Ramirez | Unsecured | | $ - | $ 54,822.20 |
| Energy Services International | Unsecured | | $ - | $ (26.04) |
| ERA Helicopters LLC | Unsecured | | $ - | $ 5,951.50 |
| Fagredin, Farouk | Unsecured | | $ - | $ 11,672.99 |
| Ferguson Enterprises, Inc. | Unsecured | | $ - | $ 1,285.78 |
| Fire Control Systems, Inc. | Unsecured | | $ - | $ 1,365.02 |
| Five Star Oilfield Services | Unsecured | | $ - | $ - |
| Forum US, Inc. | Unsecured | | $ - | $ 169.32 |
| Frank's Casing Crew and Rental Tools, Inc | Unsecured | | $ - | $ 308,415.34 |
| Gavin Wilson | Admin | | $ - | $ 2,051.48 |
| Gallegos, Dean | Unsecured | | $ - | $ 188,828.97 |
| GE Capital C/O Barbi Martin | Unsecured | | $ - | $ 7,120.18 |
| General Communications Inc | Unsecured | | $ - | $ 32,810.66 |
| GeoCenter LP | Unsecured | | $ - | $ 1,497.08 |
| Geomap Company | Unsecured | | $ - | $ 122.19 |
| Grainger | Unsecured | | $ - | $ 148.18 |
| Graphic Works | Unsecured | | $ - | $ 78.02 |
| Greenberg Traurig | Admin | | $ - | $ 124,500.00 |
| Gulfstream Legal Group LLC | Unsecured | | $ - | $ 397.87 |
| Harris County, et al | Priority Unsec. Tax | | $ - | $ 5,192.02 |
| Hartman Income REIT Property Holdings, LL | Unsecured | | $ - | $ 106,873.37 |
| Haynes and Boone, LLP | Admin | | $ - | $ 227,775.71 |
| Haynes & Boone LLP | Unsecured | | $ - | $ 7,429.83 |
| Hilcorp Alaska, LLC | Unsecured | | $ - | $ 29,613.96 |
| Hole Opener Corporation | Unsecured | | $ - | $ 3,531.96 |
| Homer Electric Association | Unsecured | | $ - | $ 5,855.45 |
| Homer Septic Services | Unsecured | | $ - | $ 832.24 |
| Hopper Engineering Associates | Unsecured | | $ - | $ 3,026.69 |
| IHS GLOBAL INC. | Unsecured | | $ - | $ 3,616.54 |
| Iliamna Air Taxi, Inc. | Unsecured | | $ - | $ 423.29 |
| Industrial Instrument Services, Inc | Unsecured | | $ - | $ 884.37 |
| Internal Revenue Service | Unsecured | | $ - | $ 2,710.56 |
| International Hydrocarbon Ventures LLC | Unsecured | | $ - | $ (28.68) |
| James S. Watt | Unsecured | | $ - | $ 8,513.23 |
| Jeffries Leverage Credit Products (Tsfr f | Unsecured | | $ - | $ 167,223.70 |
| JMR Capital Advisors | Unsecured | | $ - | $ 68,415.63 |
| JMR Worldwide | Unsecured | | $ - | $ 15,504.26 |
| Kenai Offshore Ventures, LLC | Unsecured | | $ - | $ 4,987,569.43 |
| Konica Minolta Business Solutions USA Inc | Unsecured | | $ - | $ 329.55 |
| Konica Minolta Premier Finance | Unsecured | | $ - | $ 393.83 |
| Legislative Consultants In Alaska | Unsecured | | $ - | $ 6,562.65 |
| Logix Communications | Unsecured | | $ - | $ 451.17 |
| Loomis, Richard R. | Unsecured | | $ - | $ 38,483.39 |
| MacGregor USA, Inc. | Unsecured | | $ - | $ 248.49 |
| MagTec Alaska, LLC | Unsecured | | $ - | $ 53,258.58 |
| Mapmakers Alaska | Unsecured | | $ - | $ 1,837.54 |
| Maritime Helicopters, Inc. | Unsecured | | $ - | $ 4,890.82 |
| Marlin Business Bank | Unsecured | | $ - | $ 8,326.92 |
| Metson Blue Water Navigation, LLC | Unsecured | | $ - | $ 4,865.81 |
| M-I LLC | Unsecured | | $ - | $ 274.97 |
| Moller, Brian | Unsecured | | $ - | $ 9,110.24 |
| Moore & Moore Services, Inc. | Unsecured | | $ - | $ 1,804.06 |
| Moore, Craig | Unsecured | | $ - | $ 1,262.41 |
| Morgan Steel Inc | Unsecured | | $ - | $ 2,266.96 |
| National Oilwell Varco | Unsecured | | $ - | $ 243.87 |
| Northern Consulting Group | Unsecured | | $ - | $ 1,961.30 |
| NOV Tuboscope | Unsecured | | $ - | $ 13,120.16 |
| O'Brien's Response Management | Unsecured | | $ - | $ 551.26 |

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Odin Advisors, LLC | Unsecured | | $ - | $ 341,257.83 |
| Optus Billing Services Pty Ltd | Unsecured | | $ - | $ 216.68 |
| Pacific Pile & Marine, L.P. | Unsecured | | $ - | $ 51,188.67 |
| Pason Offshore Corp | Unsecured | | $ - | $ 11,369.62 |
| Patrick O'Connor | Admin | | $ - | $ 322.47 |
| Paul Hastings LLP | Unsecured | | $ - | $ 25,949.44 |
| PCNET Communications, Inc | Unsecured | | $ - | $ 2,368.46 |
| Peninsula Pumping, Inc. | Unsecured | | $ - | $ 183.39 |
| Petroleum Engineers, Inc. | Unsecured | | $ - | $ 16,148.87 |
| Petroleum Equipment & Services, Inc. | Unsecured | | $ - | $ 3,054.41 |
| Phoenix Safety & Logistics Personnel Inc | Unsecured | | $ - | $ 7,533.12 |
| Pitney Bowes | Unsecured | | $ - | $ 267.79 |
| PJK Trucking | Unsecured | | $ - | $ 3,228.82 |
| Pollard E-Line Service, Inc. | Unsecured | | $ - | $ 3,214.14 |
| Port Graham Corporation | Unsecured | | $ - | $ 31,521.22 |
| Progressive Global Energy | Unsecured | | $ - | $ 5,541.37 |
| ProStar Services, Inc. | Unsecured | | $ - | $ 75.26 |
| Rain for Rent Alaska | Unsecured | | $ - | $ 9,414.39 |
| Ralph E. Davis Associates, Inc. | Unsecured | | $ - | $ 8,718.62 |
| Safway Services LLC | Unsecured | | $ - | $ 14,951.82 |
| ScoNet Int. | Unsecured | | $ - | $ 2,610.62 |
| Seismic Exchange, Inc. | Unsecured | | $ - | $ 13,470.89 |
| Sheek Offshore Services | Unsecured | | $ - | $ 1,999.13 |
| SLP Alaska | Unsecured | | $ - | $ 205.38 |
| SolstenXP Inc. | Unsecured | | $ - | $ 920.63 |
| Sparkletts & Sierra Springs | Unsecured | | $ - | $ 79.46 |
| Spring Branch ISD | Priority | | $ - | $ 770.79 |
| Starichkof Enterprises | Unsecured | | $ - | $ 390.49 |
| State of Alaska - Department of Environme | Unsecured | | $ - | $ 9,239.16 |
| State of Alaska - Dept of Environmental C | Unsecured | | $ - | $ 388.51 |
| State of Delaware, Division of Corp. | Priority | | $ - | $ 72.40 |
| Stellar Oil & Gas, LLC | Unsecured | | $ - | $ 5,034.98 |
| Steven M. Wells, P.C. (joint and several | Unsecured | | $ - | $ 10,394.74 |
| Strong Energy Resources LLC | Unsecured | | $ - | $ 3,060.88 |
| Teras Oilfield Support Limited | Unsecured | | $ - | $ 734,976.30 |
| Terrasond Precision Geospatial Solutions | Unsecured | | $ - | $ 4,709.00 |
| Terratek, Inc. | Unsecured | | $ - | $ 519.76 |
| Tesoro | Unsecured | | $ - | $ 210.94 |
| Time Warner Cable | Unsecured | | $ - | $ 395.32 |
| Total Office Products | Unsecured | | $ - | $ 56.04 |
| Total Safety US Inc. | Unsecured | | $ - | $ 2,774.98 |
| United Rentals North America Inc. | Unsecured | | $ - | $ 1,303.71 |
| U.S. District Clerk | Admin | | $ - | $ 1,000,000.00 |
| Velocis Echo LP | Unsecured | | $ - | $ 194.37 |
| Victory Park Management, LLC | Unsecured | | $ - | $ 360.62 |
| Vigor Alaska LLC | Unsecured | | $ - | $ 113.75 |
| Warrior Rig Limited Partnership | Unsecured | | $ - | $ 4,603.39 |
| Weatherford US LP | Unsecured | | $ - | $ 42,874.33 |
| Wex Bank | Unsecured | | $ - | $ 210.94 |
| William Allen Huckabay | Unsecured | | $ - | $ 7,737.92 |
| Willis of Texas, Inc. | Unsecured | | $ - | $ 5,375.07 |
| Windy Bay Services, LLC. | Unsecured | | $ - | $ 48,301.11 |
| XTO Energy, Inc. | Unsecured | | $ - | $ 23,460.74 |
| Zentech Incorporated | Unsecured | | $ - | $ 3,236.44 |
| **TOTAL PLAN PAYMENTS: (report on page 2)** | | | $ - | $ 13,385,656.52 |