IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BUCCANEER RESOURCES, LLC, et al., | § § § | Case No. 14-60041 (DRJ) |
| Debtors. | § § § | Jointly Administered |

**LIQUIDATING TRUSTEE'S SEMI-ANNUAL REPORT FOR PERIOD
FROM SEPTEMBER 1, 2017 THROUGH FEBRUARY 28, 2018**

Jeff Compton, liquidating trustee (the "Liquidating Trustee") appointed under the order [dkt. no. 591] confirming The First Amended Joint Plan of Reorganization for the Debtors and the Debtors-in-Possession (the "Plan"), makes this semi-annual report under section 7.6.3 of the Plan for the period from September 1, 2017 through February 28, 2018.

Section 7.6.3. of the Plan requires that the Liquidating Trustee

prepare[] a semi-annual report illustrating (i) receipts and disbursements during the prior two quarters, (ii) a schedule of all asset dispositions, (iii) a schedule of Distributions made, (iv) a summary listing of the status of the resolution of objections to Claims and Causes of Action, and (v) a list of payments made to Liquidating Trust Professionals.  Such semi-annual report shall be distributed to the Post-Confirmation Committee, and made available to any party in interest upon request, within fifteen (15) Business Days after the end of the relevant report preparation period.

This report covers the two quarters from September 1, 2017 through February 28, 2018.

**I. Receipts and Disbursements**

Cash Receipts and Disbursements

During the period of this report, the Liquidating Trustee has received a total of $1,204.57.  The Liquidating Trustee has disbursed a total of $108,665.25 during this period.  A detailed list of all receipts and disbursements is attached to this report as Exhibit A.

Total funds on deposit by the trust equal $875,615.32 as of February 28, 2018.  Those funds were held as follows: (i) $72,738.04 was on deposit in a checking account with Texas Capital Bank to pay expected operating expenses of the Trust, of which amount $2,573.89 was attributable to uncleared checks included in previously reported disbursements (*i.e.* uncleared distribution checks), and (ii) $802,877.28 invested in a Merrill Lynch account through a money market fund that invests in cash, U.S. Treasury bills, notes and other obligations of the U.S.

Treasury.  The estimated annual yield was 0.50% on the money market fund as of February 28, 2018.

The only receipts of the Liquidating Trust during this period were for interest income.

Disbursements were for United States Trustee fees, taxes, professional fees and asset preservation costs.

## II.  Asset Dispositions

There have been no asset dispositions during the two quarters covered by this report.

## III.  Distributions

The Liquidating Trustee expects but cannot assure future distributions of approximately $3,500,000 based upon expected receipts prior to case wrap-up.  These estimated distributions take into account the resolution of all claims held by the Trust.  The expected date of such distributions is within 120 days from this report.

To date, $11.5 million has been distributed to holders of $43.8 million of claims for a return of 26%. The estimated additional $3,500,000 would produce a 34% total distribution.

## IV. Status of the Resolution of Objections to Claims and Causes of Action

Objections to Claims

All previously disputed claims have now been resolved.

Causes of Action

Since the inception of the Trust, the Liquidating Trustee was able to resolve 10 avoidance claims prior to filing an adversary proceeding. The amount recovered from these 10 avoidance claims is $129,479.39 to the Trust after attorney fees but before expenses.

Additionally, the Liquidating Trustee filed 29 adversary proceedings to avoid transfers made by the debtors prior to bankruptcy. All of these adversary proceedings have now been resolved.  26 of these adversary proceedings have been resolved through settlement, two through the entry of default judgments, and one proceeding was dismissed upon receipt of further documentation.  To date, the net recovery to the Trust after attorney fees but before expenses from these adversary proceedings is $452,415.13.

In total, after expenses through February 28, 2018 of $19,791.60, the net recovery to the Trust from avoidance claims and actions after attorney fees and expenses is $562,102.92.  To date, the Liquidating Trust has received $537,102.92 of this amount.  The remaining amount of $25,000 is currently held in the Liquidating Trustee's counsel's trust account pending distribution.  The following table summarizes these collections from avoidance actions to date:

|  | Since Inception of the Trust | |
|---|---:|---|
| Collections Net of Attorney Fees: | | |
|   Before Filing Adversary Proceedings | $ 129,479.39 | A |
|   From Adversary Proceedings | $ 452,415.13 | B |
| Collections Net of Attorney Fees | $ 581,894.52 | C = A + B |
| less: Expenses | $ (19,791.60) | D |
| Net Recovery to the Trust | $ 562,102.92 | E = C - D |
| *Breakdown by Location:* | | |
|   Cash Transferred into Liquidating Trust Bank Account | $ 537,102.92 | |
|   Held by Counsel | $ 25,000.00 | |

Also, the Liquidating Trustee retained counsel to pursue the Trust's claims against the Debtors' officers and directors. During a previous reporting period, the Liquidating Trust reached a confidential resolution of the claims against three of the four defendants. Shortly after the close of this reporting period, the Liquidating Trust reached a confidential resolution of the claims against the remaining defendant.

### V. Payments to Liquidating Trust Professionals

The Liquidating Trustee has paid a total of $90,528.65 to Liquidating Trust Professionals during the period covered by this report. A detailed list of these payments is attached as Exhibit B.

DATED: March 22, 2018

_/s/ Jeff Compton_

Jeff Compton
Liquidating Trustee.

3