**Buccaneer Resources Liquidating Trust**
Receipts and Disbursements
September 2017 through February 2018

| | Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | | | | | | | | | | |
| **Interest Income** | | | | | | | | | | |
| | Deposit | 09/29/2017 | | Merrill Lynch | September 2017 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 71.79 | |
| | Deposit | 10/31/2017 | | Merrill Lynch | October 2017 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 130.25 | |
| | Deposit | 11/30/2017 | | Merrill Lynch | November 2017 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 166.57 | |
| | Deposit | 12/31/2017 | | Merrill Lynch | December 2017 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 231.21 | |
| | Deposit | 01/31/2018 | DEP | Merrill Lynch | January 2018 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 296.03 | |
| | Deposit | 02/28/2018 | DEP | Merrill Lynch | February 2018 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 308.72 | |
| **Total Interest Income** | | | | | | | | | **1,204.57** | **-** |
| | | | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | | **1,204.57** | **-** |
| | | | | | | | | | | |
| **DISBURSEMENTS:** | | | | | | | | | | |
| | | | | | | | | | | |
| **United States Trustee Fees** | | | | | | | | | | |
| | Check | 10/12/2017 | 1757 | U.S. Trustee Payment Center | 413-14-60041 | Texas Capital Bank 8111056217 | √ | 68500 · U.S. Trustee Fees | | 13,000.00 |
| | Check | 01/12/2018 | 1770 | U.S. Trustee Payment Center | 416-14-60041 | Texas Capital Bank 8111056217 | √ | 68500 · U.S. Trustee Fees | | 650.00 |
| **Total United States Trustee Fees** | | | | | | | | | **-** | **13,650.00** |
| | | | | | | | | | | |
| **Taxes** | | | | | | | | | | |
| | Check | 09/06/2017 | 1752 | United States Treasury | 81-6653144 FYE: 12/31/16 | Texas Capital Bank 8111056217 | √ | 68051 · Tax - Federal | | 71.00 |
| **Total Taxes** | | | | | | | | | **-** | **71.00** |
| | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | |
| | Check | 09/11/2017 | 1753 | Compton & Wendler, P.C. | Invoice 44210 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,515.20 |
| | Check | 09/18/2017 | 1754 | Compton & Wendler, P.C. | 44339 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,519.00 |
| | Check | 09/22/2017 | 1756 | Locke Lord LLP | Invoice 1357196 | Texas Capital Bank 8111056217 | √ | LL | | 500.00 |
| | Check | 10/23/2017 | 1760 | Compton & Wendler, P.C. | | Texas Capital Bank 8111056217 | √ | CWPC | | 12,693.85 |
| | Check | 11/15/2017 | 1761 | Locke Lord LLP | Invoice 1362425 | Texas Capital Bank 8111056217 | √ | LL | | 1,100.50 |
| | Check | 11/15/2017 | 1762 | Compton & Wendler, P.C. | Invoice 44761 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,618.00 |
| | Check | 11/22/2017 | 1763 | Locke Lord LLP | Invoice 1370725 | Texas Capital Bank 8111056217 | √ | LL | | 100.00 |
| | Check | 12/15/2017 | 1766 | Compton & Wendler, P.C. | Invoice 45035 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,782.10 |
| | Check | 02/15/2018 | 1773 | Compton & Wendler, P.C. | | Texas Capital Bank 8111056217 | √ | -SPLIT- | | 25,700.00 |
| **Total Professional Fees** | | | | | | | | | **-** | **90,528.65** |
| | | | | | | | | | | |
| **Other** | | | | | | | | | | |
| | Check | 09/05/2017 | 1751 | Safesite, Inc. | Invoice SH-106633 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 |
| | Check | 09/22/2017 | 1755 | Epiq Bankruptcy Solutions | 40008193 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 668.80 |
| | Check | 10/06/2017 | | Merrill Lynch | Account Fee | Merrill Lynch 3481 | √ | 60400 · Bank Service Charges | | 300.00 |
| | Check | 10/12/2017 | 1758 | Safesite, Inc. | Invoice SH-107626 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 |
| | Check | 10/17/2017 | 1759 | Epiq Bankruptcy Solutions | 40008193 Invoice 90212988 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 672.10 |
| | Check | 11/30/2017 | 1764 | Safesite, Inc. | Invoice SH-109616 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 |
| | Check | 12/19/2017 | 1767 | Epiq Bankruptcy Solutions | 90221548 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 632.85 |
| | Check | 01/02/2018 | 1768 | Safesite, Inc. | Invoice SH-110604 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 |
| | Check | 01/02/2018 | 1769 | Safesite, Inc. | Invoice SH-108627 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 |
| | Check | 01/12/2018 | 1771 | Epiq Bankruptcy Solutions | Invoice 90221548 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 632.85 |
| | Check | 01/24/2018 | 1772 | Epiq Bankruptcy Solutions | 40008193 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 686.50 |
| **Total Other** | | | | | | | | | **-** | **4,415.60** |
| | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | | **-** | **108,665.25** |

**EXHIBIT A**