**Buccaneer Resources Liquidating Trust**
**Professional Fees**
**September 2017 through February 2018**

| | Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **66700 · Professional Fees** | | | | | | | | | |
| **CWPC** | | | | | | | | | |
| | Check | 09/11/2017 | 1753 | Compton & Wendler, P.C. | Invoice 44210 | Texas Capital Bank 8111056217 | 12,515.20 | | 12,515.20 |
| | Check | 09/18/2017 | 1754 | Compton & Wendler, P.C. | 44339 | Texas Capital Bank 8111056217 | 12,519.00 | | 25,034.20 |
| | Check | 10/23/2017 | 1760 | Compton & Wendler, P.C. | | Texas Capital Bank 8111056217 | 12,693.85 | | 37,728.05 |
| | Check | 11/15/2017 | 1762 | Compton & Wendler, P.C. | Invoice 44761 | Texas Capital Bank 8111056217 | 12,618.00 | | 50,346.05 |
| | Check | 12/15/2017 | 1765 | Compton & Wendler, P.C. | VOID: | Texas Capital Bank 8111056217 | 0.00 | | 50,346.05 |
| | Check | 12/15/2017 | 1766 | Compton & Wendler, P.C. | Invoice 45035 | Texas Capital Bank 8111056217 | 12,782.10 | | 63,128.15 |
| | Check | 02/15/2018 | 1773 | Compton & Wendler, P.C. | -MULTIPLE- | Texas Capital Bank 8111056217 | 25,700.00 | | 88,828.15 |
| Total CWPC | | | | | | | 88,828.15 | 0.00 | 88,828.15 |
| **LL** | | | | | | | | | |
| | Check | 09/22/2017 | 1756 | Locke Lord LLP | Invoice 1357196 | Texas Capital Bank 8111056217 | 500.00 | | 500.00 |
| | Check | 11/15/2017 | 1761 | Locke Lord LLP | Invoice 1362425 | Texas Capital Bank 8111056217 | 1,100.50 | | 1,600.50 |
| | Check | 11/22/2017 | 1763 | Locke Lord LLP | Invoice 1370725 | Texas Capital Bank 8111056217 | 100.00 | | 1,700.50 |
| Total LL | | | | | | | 1,700.50 | 0.00 | 1,700.50 |
| Total 66700 · Professional Fees | | | | | | | 90,528.65 | 0.00 | 90,528.65 |
| **TOTAL** | | | | | | | 90,528.65 | 0.00 | 90,528.65 |

**EXHIBIT B**