IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| BUCCANEER RESOURCES, | § | CASE NO. 14-60041 (DRJ) |
| LLC, *et al.* | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## NOTICE OF FINAL DISTRIBUTION

PLEASE TAKE NOTICE THAT Jeffrey Compton, as Liquidating Trustee (the "Liquidating Trustee") appointed under the order [Dkt. no. 591] confirming The First Amended Joint Plan of Reorganization for the Debtors and the Debtors-in-Possession (the "Plan"), files this Notice of Final Distribution.

PLEASE TAKE FURTHER NOTICE THAT the Liquidating Trustee proposes to make the distribution as set out on Exhibit A to this Notice.  **If any party objects to the distribution set out on Exhibit A, the objecting party must notify the Liquidating Trustee in writing through the undersigned counsel no later than fourteen (14) days from the date of this Notice.**  Otherwise, any objection to the proposed distribution will be considered waived, and the Liquidating Trustee will proceed to make the distribution.

PLEASE TAKE FURTHER NOTICE THAT **this distribution will be the final distribution from the Liquidating Trust**, subject to the provisions of Article 8.6 of the Plan and the subsequent distribution of unclaimed Distributions, if any.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with Article V of the Plan, the Liquidating Trustee has reserved from this distribution such amounts as deemed reasonably necessary to pay the reasonable expenses of making the proposed final distribution and the winding up of the Liquidating Trust.

May 10, 2018

                                                                  Respectfully submitted,

                                                                   */s/  Elizabeth M. Guffy*
                                                                   Elizabeth M. Guffy
                                                                   TBN:  08592525
                                                                   LOCKE LORD LLP
                                                                   600 Travis, Suite 2800
                                                                   Houston, Texas  77002
                                                                   Telephone:  713-226-1200
                                                                   Fax:  713-223-3717
                                                                   eguffy@lockelord.com

                                                                   **Attorneys for Jeff Compton, Liquidating Trustee**

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned certifies that, on May 10, 2018, the foregoing Notice of Final Distribution was served electronically via ECF those parties receiving ECF service and by first class mail on the parties listed on the attached service list.

                                                                   */s/  Elizabeth M. Guffy*
                                                                  Elizabeth M. Guffy