**Buccaneer Resources Liquidating Trust**
**Final Distribution**

| | Total Distribution Amount | $ 3,598,000.00 |
|---|---|---|

| Creditor | Transferee | Claim Status | Total Allowed Claim Amount | Pro Rata % | Pro Rata Distribution (Note A) | Backup W/H % (Note B) | Backup W/H Amount (Note C) | Net Distribution Amount | Prior Reserve Amts Released for Payment (Note D) | Total Distribution Amount to Creditors | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Advance Hydrocarbon Corporation | | Allowed | 436.50 | 0.001% | 35.87 | | - | 35.87 | - | 35.87 | |
| AFLAC | | Allowed | 1,644.02 | 0.004% | 135.11 | | - | 135.11 | - | 135.11 | |
| AIMM Technologies, Inc. | | Allowed | 299,415.15 | 0.684% | 24,606.48 | | - | 24,606.48 | - | 24,606.48 | |
| Air Liquide America LP | | Allowed | 5,930.11 | 0.014% | 487.35 | | - | 487.35 | - | 487.35 | |
| Airgas USA LLC | | Allowed | 595.53 | 0.001% | 48.94 | | - | 48.94 | - | 48.94 | |
| Airport Equipment Rental, Inc. | | Allowed | 48,972.47 | 0.112% | 4,024.65 | | - | 4,024.65 | - | 4,024.65 | |
| Alan Stein | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Alaska Communications | | Allowed | 2,733.37 | 0.006% | 224.63 | | - | 224.63 | - | 224.63 | |
| Alaska Industrial Hardware, Inc | | Allowed | 153.30 | 0.000% | 12.60 | | - | 12.60 | - | - | (Note E) |
| Alaska Rubber and Supply, Inc. | | Allowed | 5,846.00 | 0.013% | 480.43 | | - | 480.43 | - | 480.43 | |
| Alaska Waste | | Allowed | 724.01 | 0.002% | 59.50 | | - | 59.50 | - | 59.50 | |
| Alaska's Best Water | | Allowed | 103.18 | 0.000% | 8.48 | 28% | - | 8.48 | - | - | (Note E) |
| All American Oilfield Associates, LLC | Teras Oilfield Support, Ltd. | Allowed | 2,800,102.63 | 6.396% | 230,117.50 | | - | 230,117.50 | - | 230,117.50 | |
| Alyeska Sales & Service | | Allowed | 4,186.60 | 0.010% | 344.06 | | - | 344.06 | - | 344.06 | |
| Applied Standards Inspection, Inc. | | Allowed | 29,937.48 | 0.068% | 2,460.32 | | - | 2,460.32 | - | 2,460.32 | |
| Archer Drilling LLC | | Allowed | 7,500,000.00 | 17.131% | 616,363.56 | | - | 616,363.56 | - | 616,363.56 | |
| Archer Survey & Inspection LLC | | Allowed | 500,000.00 | 1.142% | 41,090.90 | | - | 41,090.90 | - | 41,090.90 | |
| Arctic Wire Rope and Supply | | Allowed | 2,082.10 | 0.005% | 171.11 | | - | 171.11 | - | 171.11 | |
| ASRC Energy Services | | Allowed | 17,716.34 | 0.040% | 1,455.96 | | - | 1,455.96 | - | 1,455.96 | |
| ASX Settlement Pty Limited | | Allowed | 56.52 | 0.000% | 4.64 | | - | 4.64 | - | - | (Note E) |
| AT&T Mobility | | Allowed | 501.00 | 0.001% | 41.17 | | - | 41.17 | - | 41.17 | |
| AT&T Mobility - ROC | | Allowed | 64.49 | 0.000% | 5.30 | | - | 5.30 | - | - | (Note E) |
| Atigun Incorporated | | Allowed | 10,800.00 | 0.025% | 887.56 | | - | 887.56 | - | 887.56 | |
| Bang Energy LLC | | Allowed | 2,498.63 | 0.006% | 205.34 | | - | 205.34 | - | 205.34 | |
| Benefits Science, LLC | | Allowed | 300.00 | 0.001% | 24.65 | 28% | - | 24.65 | - | - | (Note E) |
| Bernstein, Scott P. | | Allowed | 298,900.00 | 0.683% | 24,564.14 | | - | 24,564.14 | - | 24,564.14 | |
| Best Western Bidarka Inn | | Allowed | 11,811.89 | 0.027% | 970.72 | 28% | 271.80 | 698.92 | - | 698.92 | |
| Big G Electric & Engineering, Inc. | | Allowed | 94.76 | 0.000% | 7.79 | | - | 7.79 | 24.88 | 32.67 | |
| Bligh Energy Services Pty Ltd | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - | |
| B-Pack, Inc. | | Allowed | 2,370.00 | 0.005% | 194.77 | | - | 194.77 | - | 194.77 | |
| Brice Equipment, LLC - 003 | | Allowed | 40,370.00 | 0.092% | 3,317.68 | | - | 3,317.68 | - | 3,317.68 | |
| Bud Griffin Customer Support | | Allowed | 444.91 | 0.001% | 36.56 | 28% | 10.24 | 26.32 | - | 26.32 | |
| CAD Control Systems | | Allowed | 16,987.58 | 0.039% | 1,396.07 | | - | 1,396.07 | - | 1,396.07 | |
| Canaccord Genuity Australia Limited | | Allowed | 229,917.86 | 0.525% | 18,895.07 | | - | 18,895.07 | - | 18,895.07 | |
| Canrig Drilling Technology Ltd. | | Allowed | 106,264.08 | 0.243% | 8,732.97 | | - | 8,732.97 | - | 8,732.97 | |
| Chrystal Capital Partners LLP | | Allowed | 2,657,771.00 | 6.071% | 218,420.43 | | - | 218,420.43 | - | 218,420.43 | |
| Clarion Events LTD | | Allowed | 12,000.00 | 0.027% | 986.18 | 30% | 295.85 | 690.33 | - | 690.33 | |
| Coffman Engineers | | Allowed | 17,474.25 | 0.040% | 1,436.07 | | - | 1,436.07 | - | 1,436.07 | |
| Comcast | | Allowed | 44.70 | 0.000% | 3.67 | | - | 3.67 | - | - | (Note E) |
| Commercial Appliance & Refrigeration Inc | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - | |
| Computershare Registry Services Pty Ltd | | Allowed | 16,071.68 | 0.037% | 1,320.80 | 30% | 396.24 | 924.56 | - | 924.56 | |
| Conam Construction Company | | Allowed | 40,005.42 | 0.091% | 3,287.72 | | - | 3,287.72 | - | 3,287.72 | |
| ConocoPhillips Company | | Allowed | 2,000,000.00 | 4.568% | 164,363.62 | | - | 164,363.62 | - | 164,363.62 | |
| Cook Inlet Energy, LLC | | Allowed | 315,970.10 | 0.722% | 25,966.99 | | - | 25,966.99 | - | 25,966.99 | |
| Cook Inlet Regional Citizens Advisory Council | | Allowed | 37,500.00 | 0.086% | 3,081.82 | | - | 3,081.82 | - | 3,081.82 | |
| Cook Inlet Spill Prevention and Response, Inc. | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Crowe Horwath LLP | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Crowell & Moring LLP | | Allowed | 361,095.91 | 0.825% | 29,675.51 | | - | 29,675.51 | - | 29,675.51 | |
| Darrel J. Gardner (joint and several co-creditor with Steve M. Wells) | | Allowed | 41,148.00 | 0.094% | 3,381.62 | | - | 3,381.62 | - | 3,381.62 | |
| Dish Network LLC | | Allowed | 797.89 | 0.002% | 65.57 | | - | 65.57 | - | 65.57 | |
| Doherty, David J. | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - | |

**Buccaneer Resources Liquidating Trust**
**Final Distribution**

| Total Distribution Amount | $  3,598,000.00 |
|---|---|

| Creditor | Transferee | Claim Status | Total Allowed Claim Amount | Pro Rata % | Pro Rata Distribution (Note A) | Backup W/H % (Note B) | Backup W/H Amount (Note C) | Net Distribution Amount | Prior Reserve Amts Released for Payment (Note D) | Total Distribution Amount to Creditors |
|---|---|---|---|---|---|---|---|---|---|---|
| Edison, McDowell & Hetherington LLP | | Allowed | 18,485.35 | 0.042% | 1,519.16 | 28% | 425.36 | 1,093.80 | - | 1,093.80 |
| Edward Ramirez | | Allowed | 208,841.67 | 0.477% | 17,162.99 | | - | 17,162.99 | - | 17,162.99 |
| Energy Services International | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| ERA Helicopters LLC | | Allowed | 22,671.87 | 0.052% | 1,863.22 | | - | 1,863.22 | - | 1,863.22 |
| Ezion Holdings Limited | | Resolved | - | 0.000% | - | | - | - | - | - |
| Fagredin, Farouk | | Allowed | 44,467.50 | 0.102% | 3,654.42 | | - | 3,654.42 | - | 3,654.42 |
| Ferguson Enterprises, Inc. | | Allowed | 4,898.09 | 0.011% | 402.53 | | - | 402.53 | - | 402.53 |
| Fire Control Systems, Inc. | | Allowed | 5,199.94 | 0.012% | 427.34 | | - | 427.34 | - | 427.34 |
| Five Star Oilfield Services | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| Forum US, Inc. | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| Frank's Casing Crew and Rental Tools, Inc | | Allowed | 1,174,888.59 | 2.684% | 96,554.47 | | - | 96,554.47 | - | 96,554.47 |
| Fulton, David W. | | Allowed | 2,498.63 | 0.006% | 205.34 | | - | 205.34 | - | 205.34 |
| Gallegos, Dean | | Allowed | 719,674.80 | 1.644% | 59,144.18 | | - | 59,144.18 | - | 59,144.18 |
| Gavin Wilson | | Resolved | - | 0.000% | - | 28% | - | - | - | - |
| GE Capital C/O Barbi Martin | | Allowed | 27,123.86 | 0.062% | 2,229.09 | | - | 2,229.09 | - | 2,229.09 |
| General Communications Inc | | Allowed | 124,990.10 | 0.285% | 10,271.91 | | - | 10,271.91 | - | 10,271.91 |
| GeoCenter LP | | Allowed | 5,926.22 | 0.014% | 487.03 | 28% | 136.37 | 350.66 | - | 350.66 |
| Geomap Company | | Allowed | 465.48 | 0.001% | 38.25 | | - | 38.25 | - | 38.25 |
| Grainger | | Allowed | 564.47 | 0.001% | 46.39 | | - | 46.39 | - | 46.39 |
| Graphic Works | | Allowed | 297.20 | 0.001% | 24.42 | | - | 24.42 | - | - | (Note E) |
| Gulfstream Legal Group LLC | | Allowed | 1,575.00 | 0.004% | 129.44 | 28% | 36.24 | 93.20 | - | 93.20 |
| Hartman Income REIT Property Holdings, LLC | | Allowed | 407,127.32 | 0.930% | 33,458.46 | | - | 33,458.46 | - | 33,458.46 |
| Hilcorp Alaska, LLC | | Allowed | 112,812.50 | 0.258% | 9,271.14 | | - | 9,271.14 | - | 9,271.14 |
| Hole Opener Corporation | | Allowed | 13,454.80 | 0.031% | 1,105.74 | | - | 1,105.74 | - | 1,105.74 |
| Homer Electric Association | | Allowed | 22,305.97 | 0.051% | 1,833.14 | | - | 1,833.14 | - | 1,833.14 |
| Homer Septic Services | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| Hopper Engineering Associates | | Allowed | 11,530.00 | 0.026% | 947.56 | | - | 947.56 | - | 947.56 |
| William Allen Huckabay | | Resolved | - | 0.000% | - | | - | - | - | - |
| IHS GLOBAL INC. | | Allowed | 13,776.98 | 0.031% | 1,132.22 | | - | 1,132.22 | - | 1,132.22 |
| Iliamna Air Taxi, Inc. | | Allowed | 1,612.50 | 0.004% | 132.52 | | - | 132.52 | - | 132.52 |
| Industrial Instrument Services, Inc | | Allowed | 3,368.91 | 0.008% | 276.86 | | - | 276.86 | - | 276.86 |
| Internal Revenue Service | | Allowed | 10,325.74 | 0.024% | 848.59 | | - | 848.59 | - | 848.59 |
| International Hydrocarbon Ventures LLC | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| James S. Watt | | Resolved | - | 0.000% | - | | - | - | - | - |
| JMR Capital Advisors | | Allowed | 260,625.00 | 0.595% | 21,418.63 | | - | 21,418.63 | - | 21,418.63 |
| JMR Worldwide | | Allowed | 59,062.50 | 0.135% | 4,853.86 | | - | 4,853.86 | - | 4,853.86 |
| Kenai Offshore Ventures, LLC | | Allowed | 19,000,000.00 | 43.398% | 1,561,454.36 | | - | 1,561,454.36 | - | 1,561,454.36 |
| Konica Minolta Business Solutions USA Inc | | Allowed | 1,202.87 | 0.003% | 98.85 | | - | 98.85 | - | 98.85 |
| Konica Minolta Premier Finance | | Barred - Unclaimed | - | 0.000% | - | | - | - | - | - |
| Landt, Mark R. | | Resolved | - | 0.000% | - | | - | - | - | - |
| LCG Discovery Experts | | Resolved | - | 0.000% | - | | - | - | - | - |
| Legislative Consultants In Alaska | | Allowed | 25,000.00 | 0.057% | 2,054.55 | | - | 2,054.55 | - | 2,054.55 |
| Logix Communications | | Allowed | 1,718.73 | 0.004% | 141.25 | | - | 141.25 | - | 141.25 |
| Loomis, Richard R. | | Allowed | 146,600.00 | 0.335% | 12,047.85 | | - | 12,047.85 | - | 12,047.85 |
| MacGregor USA, Inc. | | Allowed | 946.60 | 0.002% | 77.79 | | - | 77.79 | - | 77.79 |
| MagTec Alaska, LLC | | Allowed | 202,885.18 | 0.463% | 16,673.47 | | - | 16,673.47 | - | 16,673.47 |
| Mapmakers Alaska | | Allowed | 7,000.00 | 0.016% | 575.27 | | - | 575.27 | - | 575.27 |
| Maritime Helicopters, Inc. | | Allowed | 18,631.24 | 0.043% | 1,531.15 | | - | 1,531.15 | - | 1,531.15 |

**Buccaneer Resources Liquidating Trust**
**Final Distribution**

| | Total Distribution Amount | $ | 3,598,000.00 |
|---|---|---|---|

| Creditor | Transferee | Claim Status | Total Allowed Claim Amount | Pro Rata % | Pro Rata Distribution (Note A) | Backup W/H % (Note B) | Backup W/H Amount (Note C) | Net Distribution Amount | Prior Reserve Amts Released for Payment (Note D) | Total Distribution Amount to Creditors | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marlin Business Bank | | Allowed | 31,720.89 | 0.072% | 2,606.88 | | - | 2,606.88 | - | 2,606.88 | |
| Metson Blue Water Navigation, LLC | | Allowed | 18,536.00 | 0.042% | 1,523.32 | | - | 1,523.32 | - | 1,523.32 | |
| M-I LLC | | Allowed | 1,047.49 | 0.002% | 86.08 | | - | 86.08 | - | 86.08 | |
| Moller, Brian | | Allowed | 36,164.38 | 0.083% | 2,972.06 | 30% | 891.62 | 2,080.44 | - | 2,080.44 | |
| Moore & Moore Services, Inc. | | Allowed | 6,872.46 | 0.016% | 564.79 | | - | 564.79 | - | 564.79 | |
| Moore, Craig | | Allowed | 4,997.25 | 0.011% | 410.68 | 28% | 114.99 | 295.69 | - | 295.69 | |
| Morgan Steel Inc | | Allowed | 8,635.81 | 0.020% | 709.71 | | - | 709.71 | - | 709.71 | |
| National Oilwell Varco | | Allowed | 929.00 | 0.002% | 76.35 | | - | 76.35 | - | 76.35 | |
| North Star Terminal & Stevedore Co., LLC | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Northern Consulting Group | | Allowed | 7,763.87 | 0.018% | 638.05 | 28% | 178.65 | 459.40 | - | 459.40 | |
| NOV Tuboscope | | Allowed | 49,980.40 | 0.114% | 4,107.48 | | - | 4,107.48 | - | 4,107.48 | |
| O'Brien's Response Management | | Allowed | 2,100.00 | 0.005% | 172.58 | | - | 172.58 | - | 172.58 | |
| Ocean Marine Services | Jeffries Leverage Credit Products | Allowed | 637,028.03 | 1.455% | 52,352.12 | | - | 52,352.12 | - | 52,352.12 | |
| Patrick O'Connor | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Odin Advisors, LLC | | Allowed | 1,300,000.00 | 2.969% | 106,836.35 | | - | 106,836.35 | - | 106,836.35 | |
| Optus Billing Services Pty Ltd | | Barred - Unclaimed | | 0.000% | - | | - | - | - | - | |
| Pacific Pile & Marine, L.P. | | Allowed | 195,000.00 | 0.445% | 16,025.45 | | - | 16,025.45 | - | 16,025.45 | |
| Pason Offshore Corp | | Allowed | 43,311.86 | 0.099% | 3,559.45 | | - | 3,559.45 | - | 3,559.45 | |
| Paul Hastings LLP | | Allowed | 102,721.93 | 0.235% | 8,441.87 | 28% | 2,363.72 | 6,078.15 | - | 6,078.15 | |
| PCNET Communications, Inc | | Allowed | 9,022.54 | 0.021% | 741.49 | | - | 741.49 | - | 741.49 | |
| Peninsula Pumping, Inc. | | Allowed | 698.60 | 0.002% | 57.41 | | - | 57.41 | - | 57.41 | |
| Petroleum Engineers, Inc. | | Barred - Unclaimed | | 0.000% | - | | | - | | - | |
| Petroleum Equipment & Services, Inc. | | Allowed | 73,153.65 | 0.167% | 6,011.90 | | - | 6,011.90 | - | 6,011.90 | |
| Phoenix Safety & Logistics Personnel Inc | | Allowed | 28,696.94 | 0.066% | 2,358.37 | | - | 2,358.37 | - | 2,358.37 | |
| Pitney Bowes | | Allowed | 1,020.14 | 0.002% | 83.84 | | - | 83.84 | - | 83.84 | |
| PJK Trucking | | Allowed | 12,300.00 | 0.028% | 1,010.84 | | - | 1,010.84 | - | 1,010.84 | |
| Pollard E-Line Service, Inc. | | Allowed | 12,244.04 | 0.028% | 1,006.24 | | - | 1,006.24 | - | 1,006.24 | |
| Port Graham Corporation | | Allowed | 120,078.06 | 0.274% | 9,868.23 | | - | 9,868.23 | - | 9,868.23 | |
| Progressive Global Energy | | Allowed | 21,935.73 | 0.050% | 1,802.72 | 28% | 504.76 | 1,297.96 | - | 1,297.96 | |
| ProStar Services, Inc. | | Allowed | 286.72 | 0.001% | 23.56 | | - | 23.56 | - | - | (Note E) |
| Rain for Rent Alaska | | Allowed | 35,863.54 | 0.082% | 2,947.33 | | - | 2,947.33 | - | 2,947.33 | |
| Ralph E. Davis Associates, Inc. | Reserve Analysts Associates, Inc. | Allowed | 33,213.00 | 0.076% | 2,729.50 | | - | 2,729.50 | - | 2,729.50 | |
| Safway Services LLC | | Allowed | 56,957.97 | 0.130% | 4,680.91 | | - | 4,680.91 | - | 4,680.91 | |
| Schlumberger Technology Corporation | | Allowed | 15.00 | 0.000% | 1.23 | | - | 1.23 | - | - | (Note E) |
| ScoNet Int. | | Allowed | 9,945.00 | 0.023% | 817.30 | | - | 817.30 | - | 817.30 | |
| Seismic Exchange, Inc. | | Allowed | 51,316.50 | 0.117% | 4,217.28 | | - | 4,217.28 | - | 4,217.28 | |
| Sheek Offshore Services | | Allowed | 7,615.57 | 0.017% | 625.86 | 28% | 175.24 | 450.62 | - | 450.62 | |
| SLP Alaska | | Allowed | 813.00 | 0.002% | 66.81 | 28% | 18.71 | 48.10 | - | 48.10 | |
| SolstenXP Inc. | | Allowed | 3,507.07 | 0.008% | 288.22 | | - | 288.22 | - | 288.22 | |
| Sparkletts & Sierra Springs | | Allowed | 302.71 | 0.001% | 24.88 | | - | 24.88 | - | - | (Note E) |
| Starichkof Enterprises | | Allowed | 1,487.52 | 0.003% | 122.25 | | - | 122.25 | - | 122.25 | |
| State of Alaska - Department of Environmental Conservation | | Allowed | 35,196.00 | 0.080% | 2,892.47 | | - | 2,892.47 | - | 2,892.47 | |
| State of Alaska - Dept of Environmental Conservation, Division of Water | | Allowed | 1,480.00 | 0.003% | 121.63 | | - | 121.63 | - | 121.63 | |
| Stellar Oil & Gas, LLC | | Allowed | 19,180.46 | 0.044% | 1,576.28 | | - | 1,576.28 | - | 1,576.28 | |
| Steven M. Wells, P.C. (joint and several co-credit with Darrel J. Gardner) | | Allowed | 41,148.00 | 0.094% | 3,381.62 | 28% | 946.85 | 2,434.77 | - | 2,434.77 | |
| Strong Energy Resources LLC | | Allowed | 11,660.22 | 0.027% | 958.26 | | - | 958.26 | - | 958.26 | |
| Teras Investments Pte. Ltd. | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Teras Oilfield Support Limited | | Resolved | - | 0.000% | - | | - | - | - | - | |
| Terrasond Precision Geospatial Solutions | | Allowed | 17,938.65 | 0.041% | 1,474.23 | | - | 1,474.23 | - | 1,474.23 | |
| Terratek, Inc. | | Allowed | 1,980.00 | 0.005% | 162.72 | | - | 162.72 | - | 162.72 | |

**Buccaneer Resources Liquidating Trust**
**Final Distribution**

| Total Distribution Amount | $ 3,598,000.00 |
|---|---|

| Creditor | Transferee | Claim Status | Total Allowed Claim Amount | Pro Rata % | Pro Rata Distribution (Note A) | Backup W/H % (Note B) | Backup W/H Amount (Note C) | Net Distribution Amount | Prior Reserve Amts Released for Payment (Note D) | Total Distribution Amount to Creditors | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tesoro | | Allowed | 803.55 | 0.002% | 66.04 | | - | 66.04 | - | 66.04 | |
| Time Warner Cable | | Allowed | 1,505.92 | 0.003% | 123.76 | | - | 123.76 | - | 123.76 | |
| Total Office Products | | Allowed | 213.45 | 0.000% | 17.54 | 28% | - | 17.54 | - | - | (Note E) |
| Total Safety US Inc. | | Allowed | 10,571.14 | 0.024% | 868.76 | | - | 868.76 | - | 868.76 | |
| United Rentals North America Inc. | | Allowed | 4,966.38 | 0.011% | 408.15 | | - | 408.15 | - | 408.15 | |
| Velocis Echo LP | | Allowed | 769.42 | 0.002% | 63.23 | 28% | 17.70 | 45.53 | - | 45.53 | |
| Victory Park Management, LLC | | Allowed | 1,427.51 | 0.003% | 117.32 | 28% | 32.85 | 84.47 | - | 84.47 | |
| Vigor Alaska LLC | | Allowed | 433.34 | 0.001% | 35.61 | | - | 35.61 | - | 35.61 | |
| Warrior Rig Limited Partnership | | Allowed | 18,273.83 | 0.042% | 1,501.78 | 30% | 450.53 | 1,051.25 | - | 1,051.25 | |
| Weatherford US LP | | Allowed | 163,327.05 | 0.373% | 13,422.51 | | - | 13,422.51 | - | 13,422.51 | |
| Wex Bank | | Allowed | 803.55 | 0.002% | 66.04 | | - | 66.04 | - | 66.04 | |
| Willis of Texas, Inc. | | Allowed | 20,476.00 | 0.047% | 1,682.75 | | - | 1,682.75 | - | 1,682.75 | |
| Windy Bay Services, LLC. | | Allowed | 184,000.00 | 0.420% | 15,121.45 | | - | 15,121.45 | - | 15,121.45 | |
| Xpress Business Products, Inc. | | Allowed | 94.11 | 0.000% | 7.73 | | - | 7.73 | 24.70 | 32.43 | |
| XTO Energy, Inc. | | Allowed | 89,372.20 | 0.204% | 7,344.77 | | - | 7,344.77 | - | 7,344.77 | |
| YWAM Arctic Missions | | Allowed | 50.00 | 0.000% | 4.11 | | - | 4.11 | - | - | (Note E) |
| Zentech Incorporated | | Allowed | 12,329.00 | 0.028% | 1,013.22 | | - | 1,013.22 | - | 1,013.22 | |
| Directors (Gavin Wilson) | | Allowed | 28,303.48 | 0.065% | 2,326.03 | 30% | 697.81 | 1,628.22 | - | 1,628.22 | |
| Directors (Patrick O'Connor and Alan Stein) | | Allowed | 62,998.06 | 0.144% | 5,177.29 | | - | 5,177.29 | - | 5,177.29 | |
| Foreign Directors (Stein / Wilson / O'Connor) | | Resolved | - | 0.000% | - | | - | - | - | - | |
| | | | 43,780,979.06 | 100.000% | 3,598,000.00 | | 7,965.55 | 3,590,034.45 | 49.57 | 3,589,928.94 | |
| | | | 43,780,979.06 | 100.000% | 3,598,000.00 | | 7,965.55 | 3,590,034.45 | 49.57 | 3,589,928.94 | |

| Count | Total Claim Amount | Distribution | Backup W/H | Distribution Less W/H |
|---|---|---|---|---|
| 143 | 43,780,979.06 | 3,598,000.00 | 7,965.55 | 3,590,034.45 |
| 143 | 43,780,979.06 | 3,598,000.00 | 7,965.55 | 3,590,034.45 |

**Notes:**
A) In accordance with Section 8.1 of the Plan, distribution payments will not be made for amounts less than $25.
B) Backup withholding is calculated at 28% for domestic and 30% for foreign entities who have not returned executed Form W-9 or equivalent forms, respectively.
C) Backup withholding for de minimis claims will not be remitted until and to the extent such claims become allowed and paid.
D) Represents prior amounts classified as de minimis, which are now being distributed as the total distribution amount exceeds $25.
E) 12 of the 143 allowed claims have a total distribution amount less than $25. As noted above, payments will not be made for amounts less than $25.

Percentage Distributed:
$ 15,098,000  **A** - Total Distribution Amount ($9.5mm + $2mm + $3.6 mm)
$ 43,780,979  **B** - Total Allowed Claims
34% **A/B** - Percentage Distributed to Date