# Buccaneer Resources Liquidating Trust
## Receipts and Disbursements
### March 2018 through August 2018

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS:** | | | | | | | | | | |
| *Interest Income* | | | | | | | | | | |
| Deposit | 04/30/2018 | | Merrill Lynch | April 2018 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 844.17 | | 844.17 |
| Deposit | 05/23/2018 | | Merrill Lynch | May 2018 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 430.39 | | 1,274.56 |
| Deposit | 06/29/2018 | | Merrill Lynch | June 2018 Interest Income | Merrill Lynch 3481 | √ | Interest Income | 0.29 | | 1,274.85 |
| Deposit | 07/19/2018 | | Merrill Lynch | Deposit | Merrill Lynch 3481 | √ | Interest Income | 0.08 | | 1,274.93 |
| **Total Interest Income** | | | | | | | | 1,274.93 | 0.00 | 1,274.93 |
| *Other Income* | | | | | | | | | | |
| Deposit | 04/12/2018 | Depo | Snow Spence Green LLP | Deposit | Texas Capital Bank 8111056217 | √ | Proceeds from Preference Action | 25,000.00 | | 25,000.00 |
| Deposit | 04/18/2018 | | McKool Smith | Deposit | Texas Capital Bank 8111056217 | √ | Proceeds from D&O Litigation | 3,163,491.70 | | 3,188,491.70 |
| Deposit | 08/10/2018 | Depo | Whitley Penn | Refund - unused Carmen Eggleston's expert services | Texas Capital Bank 8111056217 | √ | Overmont | 10,000.00 | | 3,198,491.70 |
| **Total Other Income** | | | | | | | | 3,198,491.70 | 0.00 | 3,198,491.70 |
| **TOTAL RECEIPTS** | | | | | | | | 3,199,766.63 | 0.00 | 3,199,766.63 |
| **DISBURSEMENTS:** | | | | | | | | | | |
| *2nd Revised 1st Interim Distribution* | | | | | | | | | | |
| General Journal | 04/24/2018 | 7 | | Clear out uncleared cks from 7/17 distribution (See 3/18 bank recon) | Texas Capital Bank 8111056217 | √ | 62505 · 2nd Revised 1st Interim Dist | 2,573.89 | | 2,573.89 |
| **Total 2nd Revised 1st Interim Distribution** | | | | | | | | 2,573.89 | 0.00 | 2,573.89 |
| *Final Distribution* | | | | | | | | | | |
| Check | 05/25/2018 | 1785 | Advance Hydrocarbon Corporation | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 35.87 | | -35.87 |
| Check | 05/25/2018 | 1786 | AFLAC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 135.11 | | -170.98 |
| Check | 05/25/2018 | 1787 | AIMM Technologies, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 24,606.48 | | -24,777.46 |
| Check | 05/25/2018 | 1788 | Air Liquide America LP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 487.35 | | -25,264.81 |
| Check | 05/25/2018 | 1789 | Airgas USA LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 48.94 | | -25,313.75 |
| Check | 05/25/2018 | 1790 | Airport Equipment Rental, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 4,024.65 | | -29,338.40 |
| Check | 05/25/2018 | 1791 | Alaska Communications | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 224.63 | | -29,563.03 |
| Check | 05/25/2018 | 1792 | Alaska Rubber and Supply, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 480.43 | | -30,043.46 |
| Check | 05/25/2018 | 1793 | Alaska Waste | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 59.50 | | -30,102.96 |
| Check | 05/25/2018 | 1794 | Alyeska Sales & Service | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 344.06 | | -30,447.02 |
| Check | 05/25/2018 | 1795 | Applied Standards Inspection, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 2,460.32 | | -32,907.34 |
| Check | 05/25/2018 | 1796 | Archer Drilling LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 616,363.56 | | -649,270.90 |
| Check | 05/25/2018 | 1798 | Arctic Wire Rope and Supply | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 171.11 | | -649,442.01 |
| Check | 05/25/2018 | 1799 | ASRC Energy Services | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 1,455.96 | | -650,897.97 |
| Check | 05/25/2018 | 1800 | AT&T Mobility | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 41.17 | | -650,939.14 |
| Check | 05/25/2018 | 1801 | Atigun Incorporated | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 887.56 | | -651,826.70 |
| Check | 05/25/2018 | 1802 | Bang Energy LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 205.34 | | -652,032.04 |
| Check | 05/25/2018 | 1803 | Bernstein, Scott P. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 24,564.14 | | -676,596.18 |
| Check | 05/25/2018 | 1804 | Best Western Bidarka Inn | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 698.92 | | -677,295.10 |
| Check | 05/25/2018 | 1805 | Big G Electric & Engineering, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 32.67 | | -677,327.77 |
| Check | 05/25/2018 | 1806 | B-Pack, Inc. | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | 194.77 | | -677,522.54 |
| Check | 05/25/2018 | 1807 | Brice Equipment, LLC - 003 | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 3,317.68 | | -680,840.22 |
| Check | 05/25/2018 | 1808 | Bud Griffin Customer Support | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 26.32 | | -680,866.54 |
| Check | 05/25/2018 | 1809 | CAD Control Systems | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 1,396.07 | | -682,262.61 |
| Check | 05/25/2018 | 1810 | Canaccord Genuity Australia Limited | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 18,895.07 | | -701,157.68 |
| Check | 05/25/2018 | 1811 | Canrig Drilling Technology Ltd. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 8,732.97 | | -709,890.65 |
| Check | 05/25/2018 | 1812 | Clarion Events LTD | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | 690.33 | | -710,580.98 |
| Check | 05/25/2018 | 1813 | Coffman Engineers | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 1,436.07 | | -712,017.05 |
| Check | 05/25/2018 | 1814 | Computershare Registry Services Pty Ltd | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 924.56 | | -712,941.61 |
| Check | 05/25/2018 | 1815 | Conam Construction Company | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 3,287.72 | | -716,229.33 |
| Check | 05/25/2018 | 1817 | Cook Inlet Energy, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 25,966.99 | | -742,196.32 |
| Check | 05/25/2018 | 1818 | Cook Inlet Regional Citizens Advisory Cou | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 3,081.82 | | -745,278.14 |
| Check | 05/25/2018 | 1819 | Crowell & Moring LLP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 29,675.51 | | -774,953.65 |
| Check | 05/25/2018 | 1820 | Darrel J. Gardner (joint and several co-c | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 3,381.62 | | -778,335.27 |
| Check | 05/25/2018 | 1821 | Dish Network LLC | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | 65.57 | | -778,400.84 |
| Check | 05/25/2018 | 1822 | Edison, McDowell & Hetherington LLP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 1,093.80 | | -779,494.64 |
| Check | 05/25/2018 | 1823 | Edward Ramirez | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 17,162.99 | | -796,657.63 |
| Check | 05/25/2018 | 1824 | ERA Helicopters LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | 1,863.22 | | -798,520.85 |

# Buccaneer Resources Liquidating Trust
## Receipts and Disbursements
### March 2018 through August 2018

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|---------|-----|-------|-------|--------|---------|
| Check | 05/25/2018 | 1825 | Fagredin, Farouk | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 3,654.42 | -802,175.27 |
| Check | 05/25/2018 | 1826 | Ferguson Enterprises, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 402.53 | -802,577.80 |
| Check | 05/25/2018 | 1827 | Fire Control Systems, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 427.34 | -803,005.14 |
| Check | 05/25/2018 | 1828 | Frank's Casing Crew and Rental Tools, Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 96,554.47 | -899,559.61 |
| Check | 05/25/2018 | 1829 | David Fulton | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 205.34 | -899,764.95 |
| Check | 05/25/2018 | 1830 | GE Capital C/O Barbi Martin | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,229.09 | -901,994.04 |
| Check | 05/25/2018 | 1832 | GeoCenter LP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 350.66 | -902,344.70 |
| Check | 05/25/2018 | 1833 | Geomap Company | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 38.25 | -902,382.95 |
| Check | 05/25/2018 | 1834 | Grainger | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 46.39 | -902,429.34 |
| Check | 05/25/2018 | 1835 | Gulfstream Legal Group LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 93.20 | -902,522.54 |
| Check | 05/25/2018 | 1836 | Hartman Income REIT Property Holdings, LL | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 33,458.46 | -935,981.00 |
| Check | 05/25/2018 | 1837 | Hilcorp Alaska, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 9,271.14 | -945,252.14 |
| Check | 05/25/2018 | 1838 | Hole Opener Corporation | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,105.74 | -946,357.88 |
| Check | 05/25/2018 | 1839 | Homer Electric Association | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,833.14 | -948,191.02 |
| Check | 05/25/2018 | 1840 | Hopper Engineering Associates | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 947.56 | -949,138.58 |
| Check | 05/25/2018 | 1841 | IHS GLOBAL INC. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,132.22 | -950,270.80 |
| Check | 05/25/2018 | 1842 | Iliamna Air Taxi, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 132.52 | -950,403.32 |
| Check | 05/25/2018 | 1843 | Industrial Instrument Services, Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 276.86 | -950,680.18 |
| Check | 05/25/2018 | 1844 | Internal Revenue Service | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 848.59 | -951,528.77 |
| Check | 05/25/2018 | 1845 | JMR Capital Advisors | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 21,418.63 | -972,947.40 |
| Check | 05/25/2018 | 1846 | JMR Worldwide | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 4,853.86 | -977,801.26 |
| Check | 05/25/2018 | 1847 | Konica Minolta Business Solutions USA Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 98.85 | -977,900.11 |
| Check | 05/25/2018 | 1848 | Legislative Consultants In Alaska | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,054.55 | -979,954.66 |
| Check | 05/25/2018 | 1849 | Logix Communications | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 141.25 | -980,095.91 |
| Check | 05/25/2018 | 1850 | Loomis, Richard R. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 12,047.85 | -992,143.76 |
| Check | 05/25/2018 | 1851 | MacGregor USA, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 77.79 | -992,221.55 |
| Check | 05/25/2018 | 1852 | MagTec Alaska, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 16,673.47 | -1,008,895.02 |
| Check | 05/25/2018 | 1853 | Mapmakers Alaska | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 575.27 | -1,009,470.29 |
| Check | 05/25/2018 | 1854 | Maritime Helicopters, Inc. | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 1,531.15 | -1,011,001.44 |
| Check | 05/25/2018 | 1855 | Marlin Business Bank | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,606.88 | -1,013,608.32 |
| Check | 05/25/2018 | 1856 | Metson Blue Water Navigation, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,523.32 | -1,015,131.64 |
| Check | 05/25/2018 | 1857 | M-I LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 86.08 | -1,015,217.72 |
| Check | 05/25/2018 | 1858 | Moller, Brian | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,080.44 | -1,017,298.16 |
| Check | 05/25/2018 | 1859 | Moore & Moore Services, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 564.79 | -1,017,862.95 |
| Check | 05/25/2018 | 1860 | Moore, Craig | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 295.69 | -1,018,158.64 |
| Check | 05/25/2018 | 1861 | Morgan Steel Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 709.71 | -1,018,868.35 |
| Check | 05/25/2018 | 1862 | National Oilwell Varco | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 76.35 | -1,018,944.70 |
| Check | 05/25/2018 | 1863 | Northern Consulting Group | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 459.40 | -1,019,404.10 |
| Check | 05/25/2018 | 1864 | NOV Tuboscope | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 4,107.48 | -1,023,511.58 |
| Check | 05/25/2018 | 1865 | O'Brien's Response Management | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 172.58 | -1,023,684.16 |
| Check | 05/25/2018 | 1866 | Jeffries Leverage Credit Products (Tsfr f | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 52,352.12 | -1,076,036.28 |
| Check | 05/25/2018 | 1867 | Odin Advisors, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 106,836.35 | -1,182,872.63 |
| Check | 05/25/2018 | 1868 | Pacific Pile & Marine, L.P. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 16,025.45 | -1,198,898.08 |
| Check | 05/25/2018 | 1869 | Pason Offshore Corp | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 3,559.45 | -1,202,457.53 |
| Check | 05/25/2018 | 1870 | Paul Hastings LLP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 6,078.15 | -1,208,535.68 |
| Check | 05/25/2018 | 1871 | PCNET Communications, Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 741.49 | -1,209,277.17 |
| Check | 05/25/2018 | 1872 | Peninsula Pumping, Inc. | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 57.41 | -1,209,334.58 |
| Check | 05/25/2018 | 1873 | Petroleum Equipment & Services, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 6,011.90 | -1,215,346.48 |
| Check | 05/25/2018 | 1874 | Phoenix Safety & Logistics Personnel Inc | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,358.37 | -1,217,704.85 |
| Check | 05/25/2018 | 1875 | Pitney Bowes | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 83.84 | -1,217,788.69 |
| Check | 05/25/2018 | 1876 | PJK Trucking | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,010.84 | -1,218,799.53 |
| Check | 05/25/2018 | 1877 | Pollard E-Line Service, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,006.24 | -1,219,805.77 |
| Check | 05/25/2018 | 1878 | Port Graham Corporation | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 9,868.23 | -1,229,674.00 |
| Check | 05/25/2018 | 1879 | Progressive Global Energy | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,297.96 | -1,230,971.96 |
| Check | 05/25/2018 | 1880 | Rain for Rent Alaska | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,947.33 | -1,233,919.29 |
| Check | 05/25/2018 | 1881 | Ralph E. Davis Associates, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,729.50 | -1,236,648.79 |
| Check | 05/25/2018 | 1882 | Safway Services LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 4,680.91 | -1,241,329.70 |
| Check | 05/25/2018 | 1883 | ScoNet Int. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 817.30 | -1,242,147.00 |
| Check | 05/25/2018 | 1884 | Seismic Exchange, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 4,217.28 | -1,246,364.28 |
| Check | 05/25/2018 | 1885 | Sheek Offshore Services | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 450.62 | -1,246,814.90 |
| Check | 05/25/2018 | 1913 | SLP Alaska | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 48.10 | -1,246,863.00 |

# Buccaneer Resources Liquidating Trust
## Receipts and Disbursements
### March 2018 through August 2018

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 05/25/2018 | 1914 | SolstenXP Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 288.22 | -1,247,151.22 |
| Check | 05/25/2018 | 1915 | Starichkof Enterprises | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 122.25 | -1,247,273.47 |
| Check | 05/25/2018 | 1916 | State of Alaska - Department of Environme | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,892.47 | -1,250,165.94 |
| Check | 05/25/2018 | 1917 | State of Alaska - Dept of Environmental C | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 121.63 | -1,250,287.57 |
| Check | 05/25/2018 | 1918 | Stellar Oil & Gas, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,576.28 | -1,251,863.85 |
| Check | 05/25/2018 | 1919 | Steven M. Wells, P.C. (joint and several | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 2,434.77 | -1,254,298.62 |
| Check | 05/25/2018 | 1920 | Strong Energy Resources LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 958.26 | -1,255,256.88 |
| Check | 05/25/2018 | 1921 | Terrasond Precision Geospatial Solutions | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,474.23 | -1,256,731.11 |
| Check | 05/25/2018 | 1922 | Terratek, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 162.72 | -1,256,893.83 |
| Check | 05/25/2018 | 1923 | Tesoro | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 66.04 | -1,256,959.87 |
| Check | 05/25/2018 | 1924 | Time Warner Cable | | Texas Capital Bank 8111056217 | | 62506 · Final Distribution | | 123.76 | -1,257,083.63 |
| Check | 05/25/2018 | 1925 | Total Safety US Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 868.76 | -1,257,952.39 |
| Check | 05/25/2018 | 1899 | United Rentals North America Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 408.15 | -1,258,360.54 |
| Check | 05/25/2018 | 1900 | Velocis Echo LP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 45.53 | -1,258,406.07 |
| Check | 05/25/2018 | 1901 | Victory Park Management, LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 84.47 | -1,258,490.54 |
| Check | 05/25/2018 | 1902 | Vigor Alaska LLC | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 35.61 | -1,258,526.15 |
| Check | 05/25/2018 | 1904 | Weatherford US LP | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 13,422.51 | -1,271,948.66 |
| Check | 05/25/2018 | 1905 | Wex Bank | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 66.04 | -1,272,014.70 |
| Check | 05/25/2018 | 1906 | Willis of Texas, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,682.75 | -1,273,697.45 |
| Check | 05/25/2018 | 1907 | Windy Bay Services, LLC. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 15,121.45 | -1,288,818.90 |
| Check | 05/25/2018 | 1908 | Xpress Business Products, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 32.43 | -1,288,851.33 |
| Check | 05/25/2018 | 1909 | XTO Energy, Inc. | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 7,344.77 | -1,296,196.10 |
| Check | 05/25/2018 | 1910 | Zentech Incorporated | | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,013.22 | -1,297,209.32 |
| Check | 05/25/2018 | 1911 | Haynes & Boone LLP | Gavin Wilson Distribution | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,628.22 | -1,298,837.54 |
| Check | 05/25/2018 | 1912 | Baker Botts LLP (Dist) | Patrick O'Connor and Alan Stein Distributions | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 5,177.29 | -1,304,014.83 |
| Check | 05/29/2018 | WT | Teras Oilfield Support, Ltd. (Tsfr from A | $230,117.50 Distribution less $22.50 Wire Fee | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 230,095.00 | -1,534,109.83 |
| Check | 05/29/2018 | WT | Chrystal Capital Partners LLP | $218,420.43 distribution less $22.50 wire fee | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 218,397.93 | -1,752,507.76 |
| Check | 05/29/2018 | WT | Gallegos, Dean | $59,144.18 Distribution less $22.50 Wire Fee | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 59,121.68 | -1,811,629.44 |
| Check | 05/29/2018 | WT | Kenai Offshore Ventures, LLC | $1,561,454.36 Distribution less $22.50 Wire Fee | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,561,431.86 | -3,373,061.30 |
| Check | 06/25/2018 | 1932 | Warrior Rig Limited Partnership | Re-issuance of check 1903 Made payable to: Warrior Rig Technologies US LLC and Warrior Rig Limit... | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 1,051.25 | -3,374,112.55 |
| Check | 08/14/2018 | 1941 | Archer Survey & Inspection LLC | Reissued Ck 1797 Written 5.25.18 | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 41,090.90 | -3,415,203.45 |
| Check | 08/15/2018 | 1943 | General Communications Inc | Reissued from Ck 1831 5.25.18 | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 10,271.91 | -3,425,475.36 |
| Check | 08/16/2018 | WT | ConocoPhillips Company | $164363.62 distribution less $22.50 Wire Fee | Texas Capital Bank 8111056217 | √ | 62506 · Final Distribution | | 164,341.12 | -3,589,816.48 |
| **Total Final Distribution** | | | | | | | | **0.00** | **3,589,816.48** | **-3,589,816.48** |
| **Other** | | | | | | | | | | |
| Check | 03/01/2018 | 1774 | Locke Lord LLP | Invoice 1392705 | Texas Capital Bank 8111056217 | √ | LL | | 100.00 | -100.00 |
| Check | 03/01/2018 | 1775 | Safesite, Inc. | Invoice SH-112605 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 | -264.50 |
| Check | 03/16/2018 | WT | IRS | | Texas Capital Bank 8111056217 | √ | 68051 · Tax - Federal | | 192.88 | -457.38 |
| Check | 03/21/2018 | 1776 | Safesite, Inc. | Invoice SH-11590 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 | -621.88 |
| Check | 03/21/2018 | 1777 | Epiq Bankruptcy Solutions | Feb 2018 Invoice 90233909 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 688.10 | -1,309.98 |
| Check | 03/21/2018 | 1778 | Compton & Wendler, P.C. | Invoice 45556 3/6/18 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,500.00 | -13,809.98 |
| Check | 04/12/2018 | 1779 | Compton & Wendler, P.C. | Invoice 45616 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,521.52 | -26,331.50 |
| Check | 04/24/2018 | 1780 | Locke Lord LLP | Invoice 1404992 | Texas Capital Bank 8111056217 | √ | LL | | 2,000.00 | -28,331.50 |
| Check | 04/24/2018 | 1781 | U.S. Trustee Payment Center | Acct 416-14-60041 | Texas Capital Bank 8111056217 | √ | 68500 · U.S. Trustee Fees | | 650.00 | -28,981.50 |
| Check | 05/04/2018 | 1782 | Safesite, Inc. | Invoices SH-114593 & SH-113583 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 329.00 | -29,310.50 |
| Check | 05/09/2018 | 1783 | Compton & Wendler, P.C. | Invoice 45998 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,500.00 | -41,810.50 |
| Check | 05/10/2018 | 1784 | Document Technologies, LLC | Invoice 1063502 & 1070249 | Texas Capital Bank 8111056217 | √ | -SPLIT- | | 19,870.86 | -61,681.36 |
| Check | 05/29/2018 | WT | Texas Capital Bank | Wire Transfer Fee - Chrystal Capital Partners | Texas Capital Bank 8111056217 | √ | 60400 · Bank Service Charges | | 22.50 | -61,703.86 |
| Check | 05/29/2018 | WT | Texas Capital Bank | Wire Transfer Fee - Teras Oilfield Support | Texas Capital Bank 8111056217 | √ | 60400 · Bank Service Charges | | 22.50 | -61,726.36 |
| Check | 05/29/2018 | WT | Texas Capital Bank | Wire Transfer Fee - Dean Gallegos | Texas Capital Bank 8111056217 | √ | 60400 · Bank Service Charges | | 22.50 | -61,748.86 |
| Check | 05/29/2018 | WT | Texas Capital Bank | Wire Transfer Fee - Kenai Offshore Ventures | Texas Capital Bank 8111056217 | √ | 60400 · Bank Service Charges | | 22.50 | -61,771.36 |
| Check | 05/29/2018 | 1926 | Locke Lord LLP | Invoice 1412073 | Texas Capital Bank 8111056217 | √ | LL | | 700.00 | -62,471.36 |
| Check | 05/30/2018 | | IRS | Form 945 | Texas Capital Bank 8111056217 | √ | 68050 · Tax - Backup Withholding | | 4,524.40 | -66,995.76 |
| Check | 05/30/2018 | | IRS | Form 1042 | Texas Capital Bank 8111056217 | √ | 68050 · Tax - Backup Withholding | | 2,664.31 | -69,660.07 |
| Check | 06/04/2018 | WT | Snow Spence Green LLP | KOV/Teras Settlement | Texas Capital Bank 8111056217 | √ | SSG | | 215,235.29 | -284,895.36 |
| Deposit | 06/05/2018 | | Texas Capital Bank | Refund of Wire Fees | Texas Capital Bank 8111056217 | √ | 60400 · Bank Service Charges | 90.00 | | -284,805.36 |
| Check | 06/06/2018 | 1927 | Safesite, Inc. | Invoice SH-115594 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 | -284,969.86 |
| Check | 06/20/2018 | 1929 | Compton & Wendler, P.C. | Invoice 46269 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,500.00 | -297,469.86 |
| Check | 06/21/2018 | 1930 | Locke Lord LLP | Invoice 1418695 | Texas Capital Bank 8111056217 | √ | LL | | 1,935.78 | -299,405.64 |

**Buccaneer Resources Liquidating Trust**
**Receipts and Disbursements**
**March 2018 through August 2018**

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 07/02/2018 | 1934 | Safesite, Inc. | | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 | -299,570.14 |
| Check | 07/13/2018 | 1935 | Compton & Wendler, P.C. | | Texas Capital Bank 8111056217 | √ | CWPC | | 12,500.00 | -312,070.14 |
| Check | 07/17/2018 | 1936 | U.S. Trustee Payment Center | 416-14-60041 | Texas Capital Bank 8111056217 | √ | 68500 · U.S. Trustee Fees | | 10,400.00 | -322,470.14 |
| Check | 07/17/2018 | 1937 | Epiq Bankruptcy Solutions | 40008193 | Texas Capital Bank 8111056217 | √ | -SPLIT- | | 2,946.17 | -325,416.31 |
| Bill Pmt -Check | 07/20/2018 | 1938 | Locke Lord LLP | | Texas Capital Bank 8111056217 | √ | 20000 · Accounts Payable | | 1,208.56 | -326,624.87 |
| Bill Pmt -Check | 07/20/2018 | 1939 | McKool Smith | | Texas Capital Bank 8111056217 | √ | 20000 · Accounts Payable | | 1,812.50 | -328,437.37 |
| Check | 08/10/2018 | 1940 | Safesite, Inc. | Invoice SH-117599 | Texas Capital Bank 8111056217 | √ | 68000 · Storage Fees | | 164.50 | -328,601.87 |
| Check | 08/14/2018 | 1942 | Epiq Bankruptcy Solutions | Invoice 90254957 July 2018 | Texas Capital Bank 8111056217 | √ | 61700 · Computer and Internet Expenses | | 632.90 | -329,234.77 |
| Check | 08/15/2018 | 1944 | Compton & Wendler, P.C. | Invoice 46436 | Texas Capital Bank 8111056217 | √ | CWPC | | 12,500.00 | -341,734.77 |
| Check | 08/16/2018 | WT | Texas Capital Bank | Wire Transfer Fee - ConocoPhillips | Texas Capital Bank 8111056217 | | 60400 · Bank Service Charges | | 22.50 | -341,757.27 |
| Check | 08/23/2018 | 1945 | Locke Lord LLP | Invoice 1432416 | Texas Capital Bank 8111056217 | √ | LL | | 100.00 | -341,857.27 |
| **Total Other** | | | | | | | | **90.00** | **341,947.27** | **-341,857.27** |
| **TOTAL DISBURSEMENTS** | | | | | | | | **2,663.89** | **3,931,763.75** | **-3,929,099.86** |

EXHIBIT A